**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re:<br><br>T7 Enterprises LLC d/b/a Reliable Tire Disposal,[1]<br><br>    Debtor. | Case No. 26-11103-smr<br><br>Chapter 11 |

**THE DEBTOR'S SECOND MOTION FOR ENTRY OF AN
ORDER AUTHORIZING THE PAYMENT OF A PRE-PETITION CRITICAL VENDOR**

**TO THE HONORABLE SHAD M. ROBINSON,
UNITED STATES BANKRUPTCY JUDGE:**

T7 Enterprises LLC d/b/a Reliable Tire Disposal (the "***Debtor***" or "***T7 Enterprises***") files this *Second Motion for Entry of an Order Authorizing the Payment of a Pre-Petition Critical Vendor* (the "***Motion***") and respectfully shows the Court as follows:

**SUMMARY OF RELIEF REQUESTED**

1.    By this Motion, the Debtor seeks authority to designate Waste Management as a critical vendor and to pay its pre-petition claim in accordance with the Debtor's business judgment.

**EXPEDITED CONSIDERATION REQUESTED**

2.    The Debtor respectfully requests expedited consideration of this Motion pursuant to Bankruptcy Local Rule 9014-1(e) and Bankruptcy Rule 6003(a), which authorizes the Court to grant relief within the first twenty-one (21) days after the commencement of a Chapter 11 case to the extent necessary to avoid significant prejudice to the Debtor and its estate. The Debtor has scheduled a hearing on July 16, 2026, on its *Emergency Motion for Orders (I) Extending Cash Collateral Usage on a Second Interim Basis (II) Granting Adequate Protection, (III) Modifying the Automatic Stay as Needed, and (IV) Scheduling a Final Hearing,* Dkt. No. 86 and its *Motion*

---

[1] The last four digits of the Debtor's federal tax identification numbers are 7528.

*for Leave to Enter into a Lease,* Dkt. No. 87. Because this Motion is premised on approval of the Debtor's second interim use of cash collateral and since the Court is already hearing the previously mentioned motions, the Debtor respectfully requests that this Motion be heard at the same time. A separate motion to expedite will be filed.

### JURISDICTION & VENUE

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (M). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The bases for the relief requested are derived from Title 11 of the United States Code (the "***Bankruptcy Code***") §§ 105(a), 503, 507, 1129, and Rules 2002, 2016, 9013, and 9014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"). In addition, this Motion is made in accordance with Local Bankruptcy Rule 9013-1.

4.      This Motion does not ask for relief premised on the adjudication of non-bankruptcy related issues. As such, the Court is not divested of its ability to enter a final order and the relief sought herein does not infringe on the U.S. Supreme Court precedent in *Stern v. Marshall*, 564 U.S. 462 (2011).

### RELEVANT FACTS

5.      Since the approval of the Debtor's original critical vendor motion (*see* Dkt. No. 47), Debtor's counsel was made aware that Waste Management ("***WM***"), the Debtor's waste collection vendor, is owed a pre-petition delinquent balance of $214,219.81.

6.      WM provides the Debtor with essential waste collection and disposal services necessary for the Debtor's day-to-day operations. Without continued waste collection services, the Debtor's operations would be materially disrupted, impairing its ability to continue operating and reorganize successfully.

7. The Debtor operates in a rural area where comparable waste collection providers are limited. Replacing WM would likely require increased transportation costs, service delays, and additional expenses, all of which would adversely affect the Debtor's operations during these chapter 11 proceedings.

8. The Debtor's proposed Second Interim Cash Collateral Budget contemplates payments of $10,000.00 per month to WM. In addition, the Debtor seeks authority to lease heavy shredding equipment that it anticipates will increase revenues and improve liquidity, thereby enabling the Debtor to satisfy the remaining balance owed to WM overtime.

**<u>BASIS FOR RELIEF</u>**

9. Courts have recognized that it is appropriate to authorize the payment of pre-petition obligations where necessary to protect and preserve the estate, including an operating business's going-concern value. *See, e.g., In re CoServ, L.L.C.*, 273 B.R. 487, 497 (Bankr. N.D. Tex. 2002); *see also In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175 (Bankr. S.D.N.Y. 1989) ("The ability of a Bankruptcy Court to authorize the payment of pre-petition debt when such payment is needed to facilitate the rehabilitation of the debtor is not a novel concept."); *Armstrong World Indus., Inc. v. James A. Phillips, Inc.*, (*In re James A. Phillips, Inc.*), 29 B.R. 391, 398 (S.D.N.Y. 1983).

10. Section 363(b) of the Bankruptcy Code permits a debtor, subject to court approval, to pay pre-petition obligations where a sound business purpose exists for doing so. *See Ionosphere Clubs*, 98 B.R. at 175 (noting that section 363(b) provides "broad flexibility" to authorize a debtor to honor pre-petition claims where supported by an appropriate business justification). In addition, under section 1107(a) of the Bankruptcy Code, a debtor in possession is given the same rights and powers as a trustee appointed in a bankruptcy case, including the

"implied duty of the debtor-in-possession to 'protect and preserve the estate, including an operating business' going-concern value.'" *See, e.g., In re CEI Roofing, Inc.*, 315 B.R. 50, 59 (Bankr. N.D. Tex. 2004) (quoting *CoServ*, 273 B.R. 487, 497 (Bankr. N.D. Tex. 2002)).

11. No provision of the Bankruptcy Code expressly prohibits the post-petition payment of pre-petition claims. Indeed, the above-mentioned sections of the Bankruptcy Code authorize such payments when the payments are critical to preserving the going-concern value of the debtor's estate, as is the case here.

12. Courts in the Fifth Circuit regularly apply *CoServ's* three-part test to determine whether a pre-petition claim of a "critical vendor" may be paid on a post-petition basis:

> First, it must be critical that the debtor deal with the claimant. Second, unless it deals with the claimant, the debtor risks the probability of harm, or, alternatively, loss of economic advantage to the estate or the debtor's going concern value, which is disproportionate to the amount of the claimant's pre-petition claim. Third, there is no practical or legal alternative by which the debtor can deal with the claimant other than by payment of the claim.

*CoServ, L.L.C.*, 273 B.R. at 498; *see also Mirant Corp.*, 296 B.R. at 429–30.

13. As explained above, WM provides services essential to the Debtor's ongoing operations. If WM discontinued service, the Debtor would incur substantial costs and operational disruption in locating and transitioning to a replacement provider. Given the Debtor's location, available alternatives are limited and more expensive. Those costs would outweigh the amount of WM's pre-petition claim. Finally, WM has advised the Debtor that continued service may be interrupted absent payment of its pre-petition balance. Accordingly, payment of WM's claim satisfies each element of the *CoServ* test.

14. Accordingly, the requested relief is in the best interest of the Debtor's estate and its creditors because it allows the Debtor to continue operating its business without interruption and avoids unnecessary expenses and increased costs that may result from switching waste

vendors.

## REQUEST FOR WAIVER OF BANKRUPTCY RULE 6004

15.     To the extent the relief requested constitutes a use of property under section 363(b) of the Bankruptcy Code, the Debtor requests that the Court find notice of this Motion adequate under Bankruptcy Rule 6004(a) and waive the fourteen-day stay imposed by Bankruptcy Rule 6004(h). As set forth above, the requested relief is necessary to prevent harm to the Debtor and its estate. Cause therefore exists to waive the fourteen-day stay and permit the relief to take effect immediately.

## RESERVATION OF RIGHTS

16.     Nothing in this Motion shall be deemed or construed as: (a) an admission as to the amount, validity, priority, or enforceability of any claim against the Debtor; (b) a waiver or limitation of the Debtor's or any other party in interest's right to dispute any claim, lien, or interest; (c) a waiver of any rights or defenses under the Bankruptcy Code or applicable non-bankruptcy law; (d) a waiver of the requirement that any party file a proof of claim; (e) a promise or obligation to pay any particular claim; (f) a waiver of any claims, defenses, or causes of action that may exist against any entity; (g) an admission as to the validity, priority, perfection, or enforceability of any lien or security interest; (h) an admission that any lien satisfied or addressed pursuant to this Motion is valid, with all rights to contest, avoid, or otherwise challenge such liens expressly reserved; or (i) a request or authorization to assume or reject any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code.

## PRAYER

WHEREFORE, the Debtor requests that the Court enter the attached order (i): authorizing payment of WM's pre-petition claim as a critical vendor, and (ii) granting any other relief, at law or in equity, to which the Debtor is entitled.

Dated: July 14, 2026

THE LANE LAW FIRM, PLLC

By: */s/ Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
Joshua D. Gordon
State Bar No. 24091592
Matthew W. Bourda
State Bar No. 24091948
6200 Savoy, Suite 1150
Houston, Texas 77036
Phone: (713) 595-8200
Fax: (713) 595-8201
Email: notifications@lanelaw.com
joshua.gordon@lanelaw.com
matt.bourda@lanelaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served by United States first class mail, postage prepaid to the parties listed on the attached mailing matrix and to those parties who have subscribed for electronic notices from the Court's PACER system, on July 14, 2026.

*/s/ Robert C. Lane*
Robert C. Lane

Page 6 of 6

Label Matrix for local noticing
0542-1
Case 26-11103-smr
Western District of Texas
Austin
Tue Jul 14 12:04:57 CDT 2026

T7 Enterprises LLC d/b/a Reliable Tire Dispo
132 County Road 305
Austin, TX 78611-4742

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

ABC HOME  COMMERCIAL SERVICE
9475 E HWY 290
Austin TX 78724-2303

ALINE AUTO PARTS
PO Box 18089
Austin TX 78760-8089

ALL AMERICAN TIRE RECYCLERS
5225 Teague Road 8177794360
Fort Worth TX 76140-8119

AMERICAN LUBE SUPPLY
8165 Whisper Oak
San Antonio TX 78266-4411

ARNOLD OIL COMPANY FUELS
PO Box 18089
Austin TX 78760-8089

ARNOLD OIL COMPANY OF AUSTIN
PO Box 18089
Austin TX 78760-8089

AUSTIN AQUA SYSTEMS
7407 Amsterdam Ln  682553
Arlington TX 760023482

Ainsworth Gorkin PLLC
PO Box 605
New York NY 10038

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank
PO Box 380901
Minneapolis MN 554380901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Bank Equipment Finance
Po Box 1090
Cedar Park TX 786301090

Andrew B. Glaab
Cohn & Dussi, LLC
255 State Street, Suite 7B
Boston, MA 02109-2613

Anetra Thomas
3345 E State Highway 29
Iola TX 77861

Apex Commercial Capital
1 Walnut Grove Drive Suite 300
Horsham PA 19044-2201

BARCLAY ROTOSHRED LLC
4455 Infirmary Rd  800543
Miamisburg OH 453421233

BERKLEY ENVIROMENTAL
499 Washington Blvd
Jersey City NJ 07310-1995

BOBCAT OF MARBLE FALLS
PO Box 226814
Dallas TX 75222-6814

BankFinancial NA
1690 Sumneytown Pike Suite 150
Lansdale PA 19446-4885

Barbara Lanza Farley, Esquire
6975 Upper York Road
New Hope, PA 18938-9511

Beverly Bank  Trust Company NA
2050 Main Street Suite 230
Irvine CA 92614-8264

Blue Bridge Financial LLC
11921 Freedom Dr Suite 1130
Reston VA 20190-6225

Brad S. Akin
Fanucchi & Finlayson PLLC
700 N. St. Marys Street, Suite 1825
San Antonio, Texas 78205-3545

Burnet Central Appraisal District
McCreary, Veselka, Bragg & Allen
c/o Julie Anne Parsons
P.O. Box 1269
Round Rock, Tx 78680-1269

Burnet Central Appraisal District
c/o McCreary, Veselka, Bragg & Allen, P.
ATTN: Julie Anne Parsons
P. O. Box 1269, Round Rock, Texas 78680

CEN TECH AUTOMATION
PO Box 908
Garrison TX 75946-0908

CINTAS
Po Box 650838
Dallas TX 752650838

CITY OF MIDLAND LANDFILL
PO Box 1152
Midland TX 79702-1152

CITY OF PLAINVIEW LANDFILL
202 West 5th Street
Plainview TX 79072-8232

CRF Small Business Loan Company LLC
801 Nicollet Mall 1700W
Minneapolis MN 55402-2532

Caldwell Clark Fanuccchi  Finlayson PLLC
700 N Saint Marys St Ste 1825
San Antonio TX 782053545

Capspark LLC
10 W Broadway 7th Floor
Salt Lake City UT 84101-2060

Chex Systems Inc
Po Box 583399
Minneapolis MN 554583399

(p)PATHWARD  NATIONAL ASSOCIATION
5501 S BROADBAND LANE
SIOUX FALLS SD 57108-2253

DMKA LLC dba The Smarter Merchant
345 7th Avenue
New York NY 10001-5006

Daimler Truck Financial Services USA LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

ENVIROSERVE INC
9815 South Monroe Street Suite 300
Sandy UT 84070-4297

ERIEZ MANUFACTURING CO
2200 Asbury Road
Erie PA 16506-1402

ERTC Funding LLC
1815 Lakewood Rd Ste 165
Toms River, NJ 08755-1671

EnviroServe, Inc
Carrington Coleman Sloman &
Blumenthal, LLP
901 Main Street Ste 5500
Dallas, TX 75202-3767

Equipment Finance Department
PO Box 80550
City of Industry CA 91716-8407

FLEETPRIDE
PO Box 847118
Dallas TX 75284-7118

First Western Bank  Trust
100 Prairie Center Dr
Eden Prairie MN 55344-5391

Ford Motor Credit Company LLC
PO Box 30201
College Sta TX 77842-3201

GM Financial
801 Cherry Street Ste 3500
Fort Worth TX 76102-6854

GRANUTECH SATURN
201 E Shady Grove Rd
Grand Prairie TX 750506647

HCTRA VIOLATIONS
Dept 8
PO Box 4440
Houston TX 77210-4440

HIGGINBOTHAM
1221 S Mopac Expy Ste 160
Austin TX 787466822

HOLT TRUCKING LLC DBA HOLT IDEALEASE
14201 Hempstead Rd  512389
Houston TX 770404901

HOOVER BUILDING SUPPLY INC
PO Box 457
Burnet TX 78611-0457

Holt Trucking LLC dba Holt Idealease
c/o Zachary J Fanucchi
Caldwell Clark Fanucchi & Finlayson PLLC
700 N St Marys Street, Suite 1825
San Antonio, Texas 78205-3545

Hoover Building Supply
500 E Polk
PO Box 457
Burnet TX 78611-0457

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia PA 191017346

JCB Finance
655 Business Center Dr 250
Horsham PA 19044-3448

KIMBALL MIDWEST
4800 Roberts Rd
Columbus OH 432289791

KIMBALLMIDWEST
4800 Roberts Rd
Columbus, OH 43228-9791

Keystone Equipment Finance Group
433 S Main Street Suite 300
West Hartford CT 06110-2810

LINDE
Dept 0812
Po Box 120812
Dallas TX 753120812

Leaf Capital Funding LLC
2005 Market Street 14th Floor
Philadelphia PA 19103-7009

MCKINNEY TRAILER RENTALS
PO Box 515574
Los Angeles CA 90051-4586

MINUTEMAN RENTALS
2301 S Water Street
Burnet TX 78611-4522

MOTION INDUSTRIES INC
PO Box 849737
Dallas TX 75284-9737

MercedesBenz Fin Servs USA LLC
14372 Heritage Parkway
Fort Worth TX 76177-3300

(p)MITSUBISHI HC CAPITAL AMERICA  INC
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

Monetaria
40 Wall St Ste 2504
New York NY 100051336

Navitas Credit Corporation
201 Executive Center Dr Ste 100
Columbia SC 292108410

Northland Cap Fin Servs LLC
PO Box 7278
Saint Cloud MN 56302-7278

OMALLEY TIRE  AUTOMOTIVE
5242 HWY 28 North
Marble Falls TX 78654

Office of The US Trustee
903 San Jacinto Blvd Ste 230
Austin TX 78701-2450

Office of the Texas Attorney General
Bankruptcy and Collections Division
Po Box 12548
Austin TX 787112548

Office of the US Trustee
515 Rusk Street Ste 3516
Houston TX 77002-2604

PEAK TRAILER GROUP
PO Box 268989 Dept 1078
Oklahoma City OK 73126-8989

PEC
PO Box 1
Johnson City TX 78636-0001

PNC Bank NA, succ. to PNC Equipment Finance,
c/o Christopher V. Arisco
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102-2837

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PURVIS INDUSTRIES INC
PO Box 540757
Dallas TX 75354-0757

(p)PLAINSCAPITAL BANK
ATTN BANKRUPTCY DEPT
PO BOX 660
EDINBURG TX 78540-0660

PlainsCapital Bank
c/o Michael P. Menton
5728 LBJ Freeway, Suite 150
Dallas, TX 75240-6340

Providence Capital Funding Inc
2951 Saturn Street Suite E
Brea CA 92821-6206

REPUBLIC SERVICES
7000 E Ih 10
San Antonio TX 782194802

(p)CENTRAL TEXAS REGIONAL MOBILITY AUTHORITY
3300 N INTERSTATE 35 SUITE 300
AUSTIN TX 78705-1857

ROTEX GLOBAL LLC
Po Box 630317
Cincinnati OH 452630317

(p)SILVER CREEK MATERIALS
PO BOX 150665
FORT WORTH TX 76108-0665

SPECTRUM VOIP
7600 Windrose Ave Unit 350
Plano TX 75024-0169

STRIPES
Po Box 6293
Carol Stream IL 601976293

T7 Enterprises LLC dba Reliable Tire Disposa
132 County Road 305
Burnet TX 786114742

TeleCheck Services Inc
Po Box 6806
Hagerstown MD 217416806

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston TX 770363369

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

TimePayment Corp.
400 TradeCenter, Suite 6950
400 TradeCenter, Suite 6950
Woburn, MA 01801-7476

U.S. Small Business Administration
1545 Hawkins Blvd, Suite 202
El Paso, TX 79925-2654

US Attorney General
Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530-0009

(p)U S  BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

United States Attorneys Office
903 San Jacinto Blvd Ste 334
Austin TX 787012449

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Unruh Turner Burke  Frees Attorneys at Law
PO Box 515
West Chester PA 19381-0515

WILLIAMS MULLEN
Attn Julia A. Rust
222 Central Park Avenue Suite 1700
Virginia Beach, VA 23462-3035

Waste Mgmt Williamson Cnty Landfill
600 Landfill Road
Hutto TX 78634-3331

Wheeler Fin from Pitney Bowes Inc
Parkside Tower
215 S State St Ste 320
Salt Lake City UT 841112332

Xtra Lease LLC
7911 Forsyth Blvd 600
Saint Louis MO 63105-3877

Zachary J. Fanucchi
Fanucchi & Finlayson PLLC
700 N. St. Marys Street, Suite 1825
San Antonio, Texas 78205-3545

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205-8902

Robert Chamless Lane
The Lane Law Firm PLLC
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Crestmark a Division of MetaBank NA
5480 Corporate Dr Ste 350
Troy MI 480982642

Mitsubishi HC Capital America
One Pierce Place Suite 1100 West
Itasca IL 60143

PNC Bank National Association
655 Business Center Dr
Horsham PA 190443409

Plains Capital Bank
325 N Saint Paul St 800
Dallas TX 752013801

(d)PlainsCapital Bank
PO Box 93600
Lubbock TX 79493

RMA TOLL
1321 Rutherford Ln Ste 120
Austin TX 787536745

SILVER CREEK MATERIALS
2251 Silver Creek Rd
Fort Worth TX 761089710

US Bank
200 S 6th St
Minneapolis, MN 55402-1403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)GM Financial
801 Cherry Street Ste. 3500
Fort Worth, TX 76102-6854

(u)RS GROUP

(u)XTRA Lease LLC
401 County Road 311


**End of Label Matrix**
**Mailable recipients   106**
**Bypassed recipients     3**
**Total             109**