THE LANE LAW FIRM
TEXAS ATTORNEYS AT LAW

**THE LANE LAW FIRM**
**6200 SAVOY DR STE 1150**
**HOUSTON, TX 77036-3369**
**(713) 595-8200**

# Invoice #11504

**Invoice Date:** 09/22/2026

**BILL TO:**

## T7 Enterprises LLC DBA Reliable Tire Disposal

132 County Road 305
Burnet, TX 78611-4742
(512) 756-8218
gthomas@reliabletiredisposal.com

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 06/09/2026 | **Attorney Time (JG): Searched case filings in New York state court system for active lawsuits against Debtor. (06/09/2026)** | Joshua Gordon | 0.1 | $625.00 | $62.50 |
| 2 | 06/09/2026 | **Attorney Time (MB): Email case information to state court receiver (.1); email case info to Holt counsel (.1); draft suggestion of bankruptcy for Holt litigation (.3); follow up email to client regarding items needed for first day motions (.2); begin reviewing UCC-1 statements on file (1.2). (06/09/2026)** | Matthew Bourda | 1.9 | $625.00 | $1,187.50 |
| 3 | 06/10/2026 | **Attorney Time (JG): Drafted and filed notice of appearance, suggestion of bankruptcy, and notice of completion in smarter merchant state case. (06/10/2026)** | Joshua Gordon | 0.3 | $625.00 | $187.50 |



EXHIBIT A

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 4 | 06/10/2026 | **Attorney Time (MB): Continue reviewing UCC-1 financing statements on file with state (1.0); draft cash collateral motion (.5); draft cash collateral interim order (.1); edit interim budget (.3); draft wages motion (.6); draft wages proposed order (.1); prepare table of employee payroll (.2); draft payment systems motion (.4); draft payment systems proposed order (.1); draft first day declaration (.8); emails with client group about first day motions items needed (2.9); draft insurance motion (.4); draft insurance motion proposed order (.1); draft critical vendor motion (.4); draft critical vendor proposed order (.1); phone call with client about critical vendors (.7) and general next steps in case (.4); prepare declaration of electronic filing (.1); amend creditor matrix (.3); prepare motion to withdraw taxes (.3); prepare motion to expedite first day motions (.2); prepare notice of hearing on first day motions (.2); prepare first day witness and exhibit list (.3); email to U.S. Trustee counsel about expedited relief (.1). (06/10/2026)** | Matthew Bourda | 10.6 | $625.00 | $6,625.00 |
| 5 | 06/10/2026 | **Paralegal Time (MB): post-filing payment expectations email (06/10/2026)** | Mike Baker | 0.1 | $250.00 | $25.00 |
| 6 | 06/11/2026 | **Attorney Time (MB): Emails with WEX counsel in attempt to resolve potential critical vendor claim (.5); emails with client about items needed to finalize first day motions (.8); edit cash collateral budget (.2); edit insurance motion (.3); draft taxes motion (.5); draft taxes proposed order (.2); edit cash collateral proposed order (.1); call with WEX attorney regarding critical vendor status (.2); edit critical vendor motion (.3); edit critical vendor proposed order (.1); first day declaration (.2); call with client regarding outstanding items for first day motions (1.0); discuss cash collateral budget with R. Lane and J. Gordon (.7); finalize first day motions for filing (.8); finalize first day declaration for filing (.1); send general email of upcoming U.S. Trustee-related matters to client group (.3); email insurance special counsel about employment (.1); edit notice of hearing on first day motions (.1); edit witness and exhibit list for first day motions (.4). (06/11/2026)** | Matthew Bourda | 6.9 | $625.00 | $4,312.50 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 7 | 06/12/2026 | **Attorney Time (MB): Emails with client's insurance counsel regarding employment in bankruptcy case (.2). (06/12/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 8 | 06/12/2026 | **Attorney Time (MB): Review insurance counsel engagement agreement (.1). (06/12/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 9 | 06/12/2026 | **Attorney Time (MB): Finalize notice of hearing on First Day Motions (.1); email client regarding the same (.2). (06/12/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 10 | 06/12/2026 | **Attorney Time (MB): Finalize witness and exhibit list for First Day Motions (.2). (06/12/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 11 | 06/12/2026 | **Attorney Time (MB): Email to client regarding hearing prep on First Day Motions (.1). (06/12/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 12 | 06/12/2026 | **Attorney Time (MB): Emails with Subchapter V Trustee regarding First Day Motions (.6) (06/12/2026)** | Matthew Bourda | 0.6 | $625.00 | $375.00 |
| 13 | 06/14/2026 | **Attorney Time (MB): Prep testimony for first day motions (1.1). (06/14/2026)** | Matthew Bourda | 1.1 | $625.00 | $687.50 |
| 14 | 06/14/2026 | **Attorney Time (MB): Email first day motion testimony prep to client (.1). (06/14/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 15 | 06/15/2026 | **Attorney Time (MB): Testimony prep call with client ahead of first day hearing (1.6). (06/15/2026)** | Matthew Bourda | 1.6 | $625.00 | $1,000.00 |
| 16 | 06/15/2026 | **Attorney Time (MB): Appear at hearing on first day motions (1.8). (06/15/2026)** | Matthew Bourda | 1.8 | $625.00 | $1,125.00 |
| 17 | 06/15/2026 | **Attorney Time (MB): Strategize wage issue with R. Lane and J. Gordon (.4). (06/15/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 18 | 06/15/2026 | **Attorney Time (MB): Call with client about wages motion issue (.2). (06/15/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 19 | 06/15/2026 | **Attorney Time (MB): Draft supplemental first day declaration (.3). (06/15/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 20 | 06/15/2026 | **Attorney Time (MB): Email to U.S. Trustee and Sub V Trustee regarding wages motion issue (.2). (06/15/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 21 | 06/15/2026 | **Attorney Time (MB): Review comments on bank accounts motion proposed order from the U.S. Trustee (.2). (06/15/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 22 | 06/15/2026 | **Attorney Time (MB): Finalize corrections to banking motion for filing (.2). (06/15/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 23 | 06/22/2026 | **Paralegal Time (DL): Drafted IDI Report for client review (06/22/2026)** | David Leger | 0.6 | $250.00 | $150.00 |
| 24 | 06/23/2026 | **Paralegal Time (QG): updated schedules and SOFA (06/23/2026)** | Quiana Griffin | 0.5 | $230.00 | $115.00 |
| 25 | 06/23/2026 | **Attorney Time (MB): Review insurance policies from client (.2). (06/23/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 26 | 06/23/2026 | **Attorney Time (MB): Send insurance policies to U.S. Trustee (.1). (06/23/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 27 | 06/23/2026 | **Attorney Time (MB): Review UCC-1 filed by DMKA (.2). (06/23/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 28 | 06/23/2026 | **Attorney Time (MB): Emails with client concerning DMKA UCC-1 lien (.2). (06/23/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 29 | 06/24/2026 | **Attorney Time (MB): Have initial debtor interview prep with client (.1). (06/24/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 30 | 06/25/2026 | **Attorney Time (MB): Attend initial debtor conference with client (1.0). (06/25/2026)** | Matthew Bourda | 1 | $625.00 | $625.00 |
| 31 | 06/25/2026 | **Attorney Time (MB): Emails to U.S. Trustee sending requested documents from client (.4). (06/25/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 32 | 06/25/2026 | **Attorney Time (MB): Emails with client regarding DIP account set up (.3). (06/25/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 33 | 06/26/2026 | **Attorney Time (MB): Emails with counsel for Silver Creek materials concerning critical vendor payments (.4). (06/26/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 34 | 06/26/2026 | **Attorney Time (MB): Emails with client regarding payment timing to critical vendors (.3). (06/26/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 35 | 06/30/2026 | **Attorney Time (MB): Phone call with PNC Bank counsel regarding potential for adequate protection payments (.1). (06/30/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 36 | 06/30/2026 | **Attorney Time (MB): Email to client concerning adequate protection payment to PNC Bank (.1). (06/30/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 37 | 06/30/2026 | **Attorney Time (MB): Email to client concerning final cash collateral budget (.1). (06/30/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 38 | 06/30/2026 | **Attorney Time (MB): Email to client concerning Keystone Equipment collateral value (.1). (06/30/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 39 | 07/01/2026 | **Attorney Time (MB): Draft application to employ Loyd Law as special litigation counsel (1.2). (07/01/2026)** | Matthew Bourda | 1.2 | $625.00 | $750.00 |
| 40 | 07/01/2026 | **Attorney Time (MB): Draft proposed order for Loyd Law application (.3). (07/01/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 41 | 07/01/2026 | **Attorney Time (MB): Draft application for Loyd Law application (.5). (07/01/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 42 | 07/01/2026 | **Attorney Time (MB): Email draft of Loyd Law application to counsel (.1). (07/01/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 43 | 07/01/2026 | **Attorney Time (MB): Discuss status of case with colleagues (.1). (07/01/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 44 | 07/02/2026 | **Attorney Time (JG): Review and reply to email from secured creditor regarding collateral. (07/02/2026)** | Joshua Gordon | 0.1 | $625.00 | $62.50 |
| 45 | 07/06/2026 | **Attorney Time (MB): Emails with equipment counsel regarding changes to Schedule A/B (.4). (07/06/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 46 | 07/06/2026 | **Attorney Time (MB): Apply insurance litigation counsel changes to application to employ and Amended Schedule A/B (.3). (07/06/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 47 | 07/06/2026 | **Attorney Time (MB): Finalize Loyd Law employment application (.2). (07/06/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 48 | 07/06/2026 | **Attorney Time (MB): Phone call with counsel for Apex Commercial regarding collateral (.1). (07/06/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 49 | 07/07/2026 | **Paralegal Time (DL): drafted App to Employ LLF and Motion for Post-PEtition Retainer Payments for attorney review (07/07/2026)** | David Leger | 0.9 | $250.00 | $225.00 |
| 50 | 07/07/2026 | **Attorney Time (MB): Email to PNC Bank counsel regarding adequate protection (.1). (07/07/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 51 | 07/07/2026 | **Attorney Time (MB): Finalize post-petition retainer payments motion for filing (.3). (07/07/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 52 | 07/07/2026 | **Attorney Time (MB): Client prep call ahead of creditors' meeting (.5). (07/07/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 53 | 07/07/2026 | **Attorney Time (MB): Attend creditors' meeting (.7). (07/07/2026)** | Matthew Bourda | 0.7 | $625.00 | $437.50 |
| 54 | 07/07/2026 | **Attorney Time (MB): Finalize Lane Law Firm application for filing (.3). (07/07/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 55 | 07/07/2026 | **Attorney Time (MB): Finalize Loyd Law employment application for filing (.2). (07/07/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 56 | 07/08/2026 | **Attorney Time (MB): Email to Keystone equipment counsel regarding adequate protection payments (.1). (07/08/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 57 | 07/08/2026 | **Attorney Time (MB): Draft application to employ CPA (.8). (07/08/2026)** | Matthew Bourda | 0.8 | $625.00 | $500.00 |
| 58 | 07/08/2026 | **Attorney Time (MB): Draft CPA declaration (.5). (07/08/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 59 | 07/08/2026 | **Attorney Time (MB): Draft CPA proposed order (.3). (07/08/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 60 | 07/08/2026 | **Attorney Time (MB): Emails with client about CPA employment (.2). (07/08/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 61 | 07/08/2026 | **Attorney Time (MB): Call with CPA about application (.2). (07/08/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 62 | 07/08/2026 | **Attorney Time (MB): Emails with client regarding final cash collateral changes (.7). (07/08/2026)** | Matthew Bourda | 0.7 | $625.00 | $437.50 |
| 63 | 07/09/2026 | **Attorney Time (MB): Emails with client regarding changes to final cash collateral budget (.2). (07/09/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 64 | 07/09/2026 | **Attorney Time (MB): Emails with Subchapter V Trustee regarding motion to lease new shredder (.3). (07/09/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 65 | 07/10/2026 | **Attorney Time (MB): Draft notice of final cash collateral budget (.1). (07/10/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 66 | 07/10/2026 | **Attorney Time (MB): Draft final cash collateral order (.2). (07/10/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 67 | 07/10/2026 | **Attorney Time (MB): Prepare witness and exhibit list for final cash collateral hearing (.2). (07/10/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 68 | 07/10/2026 | **Attorney Time (MB): Draft motion to enter into lease (1.8). (07/10/2026)** | Matthew Bourda | 1.8 | $625.00 | $1,125.00 |
| 69 | 07/10/2026 | **Attorney Time (MB): Draft proposed order for lease motion (.4). (07/10/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 70 | 07/10/2026 | **Attorney Time (MB): Review modified budget (.4). (07/10/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 71 | 07/10/2026 | **Attorney Time (MB): Review amounts owed to Waste Management (.2). (07/10/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 72 | 07/10/2026 | **Attorney Time (MB): Phone call with client converting final cash collateral relief to second interim relief (.2). (07/10/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 73 | 07/10/2026 | **Attorney Time (MB): Draft motion for second cash collateral relief (.6). (07/10/2026)** | Matthew Bourda | 0.6 | $625.00 | $375.00 |
| 74 | 07/10/2026 | **Attorney Time (MB): Draft proposed order for second interim cash collateral order (.3). (07/10/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 75 | 07/10/2026 | **Attorney Time (MB): Emails with client regarding second interim cash collateral relief (.6). (07/10/2026)** | Matthew Bourda | 0.6 | $625.00 | $375.00 |
| 76 | 07/10/2026 | **Attorney Time (MB): Emails with client regarding motion for lease (.4). (07/10/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 77 | 07/10/2026 | **Attorney Time (MB): Emails with Waste Management counsel regarding payment on claim (.6). (07/10/2026)** | Matthew Bourda | 0.6 | $625.00 | $375.00 |
| 78 | 07/10/2026 | **Attorney Time (MB): Emails with insurance counsel regarding status of case (.2). (07/10/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 79 | 07/10/2026 | **Attorney Time (MB): Draft motion to expedite second cash collateral motion and motion for lease (.2). (07/10/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 80 | 07/10/2026 | **Attorney Time (MB): Contact court staff regarding motion to expedite second cash collateral motion and motion for lease (.1). (07/10/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 81 | 07/10/2026 | **Attorney Time (MB): Finalize second cash collateral motion for filing (.4). (07/10/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 82 | 07/10/2026 | **Attorney Time (MB): Finalize motion for lease for filing (.3). (07/10/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 83 | 07/13/2026 | **Attorney Time (MB): Draft second critical vendor motion (.5). (07/13/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 84 | 07/13/2026 | **Attorney Time (MB): Draft second critical vendor motion proposed order (.1). (07/13/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 85 | 07/14/2026 | **Attorney Time (MB): Draft motion to expedite second critical vendor motion (.2). (07/14/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 86 | 07/14/2026 | **Attorney Time (MB): Draft proposed order for expedited motion on second critical vendor motion (.1). (07/14/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 87 | 07/14/2026 | **Attorney Time (MB): Finalize second critical vendor motion for filing (.3). (07/14/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 88 | 07/14/2026 | **Attorney Time (MB): Edit second interim cash collateral proposed order (.1). (07/14/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 89 | 07/15/2026 | **Paralegal Time (DL): drafted projections outline for Debtor (07/15/2026)** | David Leger | 0.2 | $250.00 | $50.00 |
| 90 | 07/15/2026 | **Paralegal Time (DL): emailed client the projections to complete for the plan draft (07/15/2026)** | David Leger | 0.1 | $250.00 | $25.00 |
| 91 | 07/15/2026 | **Attorney Time (MB): Call court staff regarding status of second critical vendor motion (.4). (07/15/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 92 | 07/15/2026 | **Attorney Time (MB): Draft notice of hearing on second critical vendor motion (.2). (07/15/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 93 | 07/15/2026 | **Attorney Time (MB): Emails with U.S. Trustee regarding updates in case (.3). (07/15/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 94 | 07/15/2026 | **Attorney Time (MB): Email to Subchapter V Trustee regarding updates in case (.1). (07/15/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 95 | 07/15/2026 | **Attorney Time (MB): Prepare testimony for hearings on second critical vendor motion, second interim cash collateral motion, and motion to enter into lease (.5). (07/15/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 96 | 07/15/2026 | **Attorney Time (MB): Testimony prep call with client on second critical vendor motion, second interim cash collateral motion, and motion to enter into lease (.4). (07/15/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 97 | 07/15/2026 | **Attorney Time (MB): Amend witness and exhibit list for hearing on second critical vendor motion, second interim cash collateral motion, and motion to enter into lease (.4). (07/15/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 98 | 07/16/2026 | **Attorney Time (MB): Appear at hearing on 2nd critical vendor, 2nd cash collateral, and motion to enter lease hearing (1.2). (07/16/2026)** | Matthew Bourda | 1.2 | $625.00 | $750.00 |
| 99 | 07/16/2026 | **Attorney Time (MB): Edit 2nd cash collateral order (.1). (07/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 100 | 07/16/2026 | **Attorney Time (MB): Edit motion for lease proposed order (.1). (07/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 101 | 07/16/2026 | **Attorney Time (MB): Edit proposed order for lease motion (.1). (07/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 102 | 07/16/2026 | **Attorney Time (MB): Email to U.S. Trustee and Subchapter V Trustee regarding changes to motion proposed orders (.1). (07/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 103 | 07/16/2026 | **Attorney Time (MB): Review 2004 notice from Holt Trucking (.1) (07/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 104 | 07/16/2026 | **Attorney Time (MB): Email to Keystone Equipment counsel regarding stipulation (.1). (07/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 105 | 07/16/2026 | **Attorney Time (MB): Emails with Holt Trucking counsel regarding 2004 notice (.2). (07/16/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 106 | 07/16/2026 | **Attorney Time (MB): Email to special insurance litigation counsel regarding 2004 notice (.1). (07/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 107 | 07/20/2026 | **Attorney Time (MB): Finalize June 2026 monthly operating report for filing (.6). (07/20/2026)** | Matthew Bourda | 0.6 | $625.00 | $375.00 |
| 108 | 07/20/2026 | **Attorney Time (MB): Emails with client about June 2026 monthly operating report (.4). (07/20/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 109 | 07/22/2026 | **Attorney Time (MB): Finalize second cash collateral proposed order for filing (.2). (07/22/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 110 | 07/22/2026 | **Attorney Time (MB): Finalize lease proposed order for filing (.2). (07/22/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 111 | 07/22/2026 | **Attorney Time (MB): Finalize stipulation with Keystone Equipment for filing (.2). (07/22/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 112 | 07/22/2026 | **Attorney Time (MB): Emails with Texas AG counsel regarding TCEQ compliance (.2). (07/22/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 113 | 07/23/2026 | **Attorney Time (MB): Emails with client regarding Waste Management as a critical vendor (.6). (07/23/2026)** | Matthew Bourda | 0.6 | $625.00 | $375.00 |
| 114 | 07/24/2026 | **Attorney Time (MB): Emails with Enviroserve regarding claims (.2). (07/24/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 115 | 07/27/2026 | **Paralegal Time (DL): Initial Draft of 1188 Status Report for attorney review (07/27/2026)** | David Leger | 0.6 | $250.00 | $150.00 |
| 116 | 07/27/2026 | **Attorney Time (MB): Emails with MCA regarding release of funds (.2). (07/27/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 117 | 07/27/2026 | **Attorney Time (MB): Email to client regarding TCEQ document request (.1). (07/27/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 118 | 07/27/2026 | **Attorney Time (MB): Email to client regarding MCA settlement (.1). (07/27/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 119 | 07/27/2026 | **Attorney Time (MB): Review PNC Bank proofs of claim (.2). (07/27/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 120 | 07/27/2026 | **Attorney Time (MB): Email to client regarding proposal for adequate protection to PNC Bank (.1). (07/27/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 121 | 07/27/2026 | **Attorney Time (MB): Finalize Keystone agreed order for filing (.1). (07/27/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 122 | 07/27/2026 | **Attorney Time (MB): Emails with Texas Attorney General regarding TCEQ document request (.2). (07/27/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 123 | 07/28/2026 | **Attorney Time (MB): Review PNC bank lift stay motion (.1). (07/28/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 124 | 07/28/2026 | **Attorney Time (MB): P{hone call with EnviroServe counsel regarding claims and cleanup (.2). (07/28/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 125 | 07/29/2026 | **Attorney Time (MB): Edit Status Report (.4). (07/29/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 126 | 07/30/2026 | **Attorney Time (MB): Phone call with Texas Attorney general regarding TCEQ documents needed (.3). (07/30/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 127 | 07/30/2026 | **Attorney Time (MB): Email client regarding TCEQ phone call (.1). (07/30/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 128 | 08/04/2026 | **Attorney Time (MB): Phone call with Barclay Roto-Shred regarding critical vendor payment (.3). (08/04/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 129 | 08/05/2026 | **Paralegal Time (MB): interim payment expectations email to client (08/05/2026)** | Mike Baker | 0.1 | $250.00 | $25.00 |
| 130 | 08/05/2026 | **Attorney Time (MB): Appear at status conference hearing (.8). (08/05/2026)** | Matthew Bourda | 0.8 | $625.00 | $500.00 |
| 131 | 08/05/2026 | **Attorney Time (MB): Follow up call with client after status conference (.3). (08/05/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 132 | 08/05/2026 | **Attorney Time (MB): Email to Texas attorney general regarding TCEQ issues (.1). (08/05/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 133 | 08/05/2026 | **Attorney Time (MB): Emails with counsel for Waste Management regarding payment on critical vendor claim (.2). (08/05/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 134 | 08/05/2026 | **Attorney Time (MB): emails with counsel for CRF regarding collateral (.2). (08/05/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 135 | 08/06/2026 | **Attorney Time (MB): Case review with colleagues (.1). (08/06/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 136 | 08/06/2026 | **Attorney Time (MB): Emails with Daimler Truck Finance regarding payment on vehicle (.6). (08/06/2026)** | Matthew Bourda | 0.6 | $625.00 | $375.00 |
| 137 | 08/06/2026 | **Attorney Time (MB): Draft final bank account order (.2). (08/06/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 138 | 08/07/2026 | **Paralegal Time (DL): drafted Response to MFR Filed by PNC Bank (08/07/2026)** | David Leger | 0.2 | $250.00 | $50.00 |
| 139 | 08/07/2026 | **Attorney Time (MB): Draft response to PNC lift stay motion (.2). (08/07/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 140 | 08/10/2026 | **Attorney Time (MB): Review PNC lifts stay proposed order (.2). (08/10/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 141 | 08/11/2026 | **Attorney Time (MB): Call with client regarding outstanding items (.7). (08/11/2026)** | Matthew Bourda | 0.7 | $625.00 | $437.50 |
| 142 | 08/11/2026 | **Attorney Time (MB): Follow up email to client after call concerning outstanding items (.2). (08/11/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 143 | 08/11/2026 | **Attorney Time (MB): Email adequate protection offer to LEAF's counsel on its equipment (.1). (08/11/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 144 | 08/11/2026 | **Attorney Time (MB): Review notice of constitutional lien filed by EnviroServe (.2). (08/11/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 145 | 08/11/2026 | **Attorney Time (MB): Email to EnviroServe regarding container collection (.1). (08/11/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 146 | 08/12/2026 | **Attorney Time (MB): Emails with client regarding insurance on equipment (.3). (08/12/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 147 | 08/13/2026 | **Attorney Time (MB): Review alleged TCEQ violation documents from TX attorneys general (.3). (08/13/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 148 | 08/13/2026 | **Attorney Time (MB): Emails with TX attorneys general regarding alleged TCEQ violations (.3). (08/13/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 149 | 08/13/2026 | **Attorney Time (MB): Video conference with TX attorneys general regarding alleged TCEQ violations (.8). (08/13/2026)** | Matthew Bourda | 0.8 | $625.00 | $500.00 |
| 150 | 08/13/2026 | **Attorney Time (MB): Emails with client concerning correspondence received from TCEQ (.5). (08/13/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 151 | 08/13/2026 | **Attorney Time (MB): Discussion with J. Gordon regarding client TCEQ issues (.2). (08/13/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 152 | 08/13/2026 | **Attorney Time (JG): Discussion with M. Bourda regarding client TCEQ issues (.2). (08/13/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 153 | 08/13/2026 | **Attorney Time (MB): Call with client concerning current plan filing deadline and TCEQ issues (.3). (08/13/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 154 | 08/14/2026 | **Attorney Time (MB): Send July 2026 MOR form to client to fill out (.1). (08/14/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 155 | 08/17/2026 | **Attorney Time (MB): Call with TCEQ counsel concerning updates in case (.3). (08/17/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 156 | 08/17/2026 | **Attorney Time (MB): Review email from TCEQ on their position (.2). (08/17/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 157 | 08/18/2026 | **Attorney Time (MB): Emails with client regarding attempts to remediate TCEQ issues (.4). (08/18/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 158 | 08/18/2026 | **Attorney Time (MB): Emails with LEAF counsel regarding agreed lift stay relief (.3). (08/18/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 159 | 08/19/2026 | **Attorney Time (MB): Review revised LEAF agreed lift stay order (.1). (08/19/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 160 | 08/19/2026 | **Attorney Time (MB): Emails with LEAF counsel regarding agreed lift stay relief (.2). (08/19/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 161 | 08/19/2026 | **Attorney Time (MB): Phone call with T7 regarding retaining environmental counsel (.3). (08/19/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 162 | 08/20/2026 | **Attorney Time (MB): Review July 2026 monthly operating report (.2). (08/20/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 163 | 08/20/2026 | **Attorney Time (MB): Emails with client regarding July 2026 monthly operating report (.2). (08/20/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 164 | 08/20/2026 | **Attorney Time (MB): Finalize July 2026 monthly operating report for filing (.2). (08/20/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 165 | 08/20/2026 | **Attorney Time (MB): Video call with Client and proposed environmental counsel regarding TCEQ issues (.6). (08/20/2026)** | Matthew Bourda | 0.6 | $625.00 | $375.00 |
| 166 | 08/20/2026 | **Attorney Time (MB): Emails with client regarding Subchapter V trustee payments (.3). (08/20/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 167 | 08/20/2026 | **Attorney Time (MB): Review email regarding payment to Waste Management (.1). (08/20/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 168 | 08/20/2026 | **Attorney Time (MB): Emails with U.S. Trustee regarding outstanding items in case (.2). (08/20/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 169 | 08/20/2026 | **Attorney Time (MB): Emails with Subchapter V Trustee regarding outstanding items in case (.3). (08/20/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 170 | 08/21/2026 | **Attorney Time (MB): Call with U.S. Trustee regarding TCEQ issues (.3). (08/21/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 171 | 08/21/2026 | **Attorney Time (MB): Call with Subchapter V Trustee regarding TCEQ issues (.3). (08/21/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 172 | 08/21/2026 | **Attorney Time (MB): Case update email to client regarding trajectory of case (.5). (08/21/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 173 | 08/23/2026 | **Attorney Time (MB): Draft motion to employ C. Bishop Law as environmental counsel (1.1). (08/23/2026)** | Matthew Bourda | 1.1 | $625.00 | $687.50 |
| 174 | 08/23/2026 | **Attorney Time (MB): Draft proposed order for motion to employ C. Bishop Law as environmental counsel (.2). (08/23/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 175 | 08/23/2026 | **Attorney Time (MB): Draft declaration for motion to employ C. Bishop Law as environmental counsel (.3). (08/23/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 176 | 08/23/2026 | **Attorney Time (MB): Draft motion to expedite motion to employ C. Bishop Law as environmental counsel (.2). (08/23/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 177 | 08/23/2026 | **Attorney Time (MB): Draft proposed order for motion to expedite motion to employ C. Bishop Law as environmental counsel (.2). (08/23/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 178 | 08/24/2026 | **Attorney Time (MB): Review five year projections from client in support of Chapter 11 plan (.3). (08/24/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 179 | 08/24/2026 | **Attorney Time (MB): Email to client regarding five year projection (.1). (08/24/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 180 | 08/25/2026 | **Attorney Time (MB): Begin reviewing all claims filed in bankruptcy ( (08/25/2026)** | Matthew Bourda | 3.3 | $625.00 | $2,062.50 |
| 181 | 08/25/2026 | **Attorney Time (MB): Email to Wells Fargo regarding potential duplicate proof of claim (.1). (08/25/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 182 | 08/26/2026 | **Attorney Time (MB): Draft witness and exhibit list for hearing on application to employ C. Bishop Law (.3). (08/26/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 183 | 08/28/2026 | **Attorney Time (MB): Appear for hearing on application to employ special environmental counsel (2.4). (08/28/2026)** | Matthew Bourda | 2.4 | $625.00 | $1,500.00 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 184 | 08/28/2026 | **Attorney Time (MB): Call with Texas Attorney General before hearing on application to employ special environmental counsel (.4). (08/28/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 185 | 08/28/2026 | **Attorney Time (MB): Prep call with client before hearing on application to employ special environmental counsel (.8). (08/28/2026)** | Matthew Bourda | 0.8 | $625.00 | $500.00 |
| 186 | 08/28/2026 | **Attorney Time (MB): Follow up call with client after hearing on application to employ special environmental counsel (.4). (08/28/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 187 | 08/31/2026 | **Attorney Time (MB): Call with client and environmental counsel regarding next steps after hearing on application to employ (.4). (08/31/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 188 | 08/31/2026 | **Attorney Time (MB): Discussion with client regarding MCA issues (.3). (08/31/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 189 | 08/31/2026 | **Attorney Time (MB): Leave voicemail for DMKA counsel regarding lock on client account (.1). (08/31/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 190 | 08/31/2026 | **Attorney Time (MB): Leave voicemail for U.S. Trustee regarding change in application for environmental counsel (.1). (08/31/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 191 | 08/31/2026 | **Attorney Time (MB): Phone call with Subchapter V Trustee regarding change in application for environmental counsel (.2). (08/31/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 192 | 09/01/2026 | **Attorney Time (MB): Discuss case updates with colleagues to strategize next steps (.1). (09/01/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 193 | 09/02/2026 | **Attorney Time (RCL): Review continued hold on receivables by creditor DMKA and draft correspondence to counsel inquiring about release and certificate of conference for stay violation. (09/02/2026)** | Robert C Lane | 0.2 | $650.00 | $130.00 |
| 194 | 09/02/2026 | **Attorney Time (MB): Call with client group regarding dismissal of case (.4). (09/02/2026)** | Matthew Bourda | 0.4 | $625.00 | $250.00 |
| 195 | 09/02/2026 | **Attorney Time (MB): Emails with Texas Attorney General regarding dismissal of case (.5). (09/02/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 196 | 09/02/2026 | **Attorney Time (MB): Emails with Subchapter V Trustee regarding dismissal of case (.2). (09/02/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 197 | 09/02/2026 | **Attorney Time (MB): Emails with DMKA counsel regarding release of funds (.7). (09/02/2026)** | Matthew Bourda | 0.7 | $625.00 | $437.50 |
| 198 | 09/03/2026 | **Attorney Time (MB): Emails with client regarding next steps following dismissal, if granted (.3). (09/03/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 199 | 09/08/2026 | **Attorney Time (MB): Draft agreed motion to dismiss (1.3). (09/08/2026)** | Matthew Bourda | 1.3 | $625.00 | $812.50 |
| 200 | 09/08/2026 | **Attorney Time (MB): Draft proposed order for motion to dismiss (.3). (09/08/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 201 | 09/08/2026 | **Attorney Time (MB): Draft motion to expedite dismissal motion (.2). (09/08/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 202 | 09/08/2026 | **Attorney Time (MB): Draft motion to expedite proposed order (.1). (09/08/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 203 | 09/09/2026 | **Paralegal Time (DL): drafted Response to MFR Filed by Enviroserve for attorney review (09/09/2026)** | David Leger | 0.2 | $250.00 | $50.00 |
| 204 | 09/09/2026 | **Attorney Time (MB): Finalize motion to dismiss for filing (.2). (09/09/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 205 | 09/09/2026 | **Attorney Time (MB): Finalize motion to expedite dismissal motion for filing (.2). (09/09/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 206 | 09/09/2026 | **Attorney Time (MB): Emails with UST/Sub V/TCEQ regarding motion to dismiss (.3). (09/09/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 207 | 09/09/2026 | **Attorney Time (MB): Emails with Silver Creek counsel regarding dismissal (.2). (09/09/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 208 | 09/10/2026 | **Attorney Time (MB): Meeting with special insurance counsel regarding next steps in case following a dismissal (.2). (09/10/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 209 | 09/11/2026 | **Paralegal Time (DL): Drafted Notice of Hearing for Mtn to Dismiss for attorney final review (09/11/2026)** | David Leger | 0.3 | $250.00 | $75.00 |
| 210 | 09/11/2026 | **Attorney Time (MB): Finalize notice of hearing on motion to dismiss (.1). (09/11/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 211 | 09/14/2026 | **Attorney Time (MB): Phone call with Barclay Roto-Shred counsel regarding dismissal of case (.3). (09/14/2026)** | Matthew Bourda | 0.3 | $625.00 | $187.50 |
| 212 | 09/15/2026 | **Attorney Time (MB): Draft withdrawal of opposition response to EnviroServe lift stay motion (.2). (09/15/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 213 | 09/15/2026 | **Attorney Time (MB): Phone call with EnviroServe counsel regarding dismissal (.2). (09/15/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 214 | 09/15/2026 | **Attorney Time (MB): Email client regarding case update (.1). (09/15/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 215 | 09/15/2026 | **Attorney Time (MB): Emails with UST and TCEQ regarding updates in case (.5). (09/15/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 216 | 09/16/2026 | **Paralegal Time (DL): drafted Response to MFR Filed by Mitsubishi for attorney review (09/16/2026)** | David Leger | 0.2 | $250.00 | $50.00 |
| 217 | 09/16/2026 | **Attorney Time (MB): Review agreed lift stay order with Enviroserve (.1). (09/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 218 | 09/16/2026 | **Attorney Time (MB): Emails with Enviroserve counsel regarding agreement to get collateral (.2). (09/16/2026)** | Matthew Bourda | 0.2 | $625.00 | $125.00 |
| 219 | 09/16/2026 | **Attorney Time (MB): Email to client regarding agreed order (.1). (09/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 220 | 09/16/2026 | **Attorney Time (MB): Edit lift stay response for Mitsubishi (.1). (09/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 221 | 09/16/2026 | **Attorney Time (MB): Review lift stay order regarding Enviroserve (.1). (09/16/2026)** | Matthew Bourda | 0.1 | $625.00 | $62.50 |
| 222 | 09/17/2026 | **Attorney Time (MB): Appear for dismissal hearing (.8). (09/17/2026)** | Matthew Bourda | 0.8 | $625.00 | $500.00 |
| 223 | 09/17/2026 | **Attorney Time (MB): Emails with UST/Sub V/TCEQ/secured creditors regarding proposed dismissal order (.5). (09/17/2026)** | Matthew Bourda | 0.5 | $625.00 | $312.50 |
| 224 | 09/18/2026 | **Paralegal Time (DL): Drafted First and Final Fee Application for attorney review (09/18/2026)** | David Leger | 2.2 | $250.00 | $550.00 |
| 225 | 09/18/2026 | **Attorney Time (MB): Finalized Final Fee App for filing (09/18/2026)** | Matthew Bourda | 1.1 | $625.00 | $687.50 |

**INVOICE TOTAL** **$58,232.50**

## PAYMENTS

| Date | Received By | Pay Method | Status | Amount |
|---|---|---|---|---|
| *No payments received* | | | | |

**TOTAL PAYMENTS** **$0.00**

## REMAINING BALANCE: $58,232.50

THANK YOU FOR YOUR BUSINESS