THE LANE LAW FIRM
TEXAS ATTORNEYS AT LAW

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369
(713) 595-8200

# Invoice #11338

**Invoice Date:** 06/10/2026

BILL TO:

**T7 Enterprises LLC DBA Reliable Tire Disposal**

132 County Road 305
Burnet, TX 78611-4742
(512) 756-8218
gthomas@reliabletiredisposal.com

## BILLABLE ITEMS

| | Date | Item Details | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 1 | 06/10/2026 | **Court Costs - amended creditor matrix** | 1 | $34.00 | $34.00 |
| 2 | 06/11/2026 | **Postage - First Day Motions and Motion to Expedite** | 1 | $1,198.47 | $1,198.47 |
| 3 | 06/12/2026 | **Postage - Notice of Hearing on First Day Motions** | 1 | $123.76 | $123.76 |
| 4 | 06/16/2026 | **Postage - Notices** | 1 | $88.20 | $88.20 |
| 5 | 06/17/2026 | **Envelopes - Order on Interim Cash Collateral** | 98 | $0.30 | $29.40 |
| 6 | 06/17/2026 | **Print and Copies - Order on Interim Cash Collateral** | 588 | $0.10 | $58.80 |
| 7 | 06/17/2026 | **Postage - Order on Interim Cash Collateral** | 98 | $0.74 | $72.52 |
| 8 | 06/18/2026 | **Envelopes - Interim Order on Mtn to Maintain Bank Accts** | 98 | $0.30 | $29.40 |
| 9 | 06/18/2026 | **Print and Copies - Interim Order on Mtn to Maintain Bank Accts** | 1764 | $0.19 | $335.16 |
| 10 | 06/18/2026 | **Postage - Interim Order on Mtn to Maintain Bank Accts** | 98 | $1.03 | $100.94 |
| 11 | 06/22/2026 | **Envelopes - Amended NOH** | 98 | $0.30 | $29.40 |
| 12 | 06/22/2026 | **Print and Copies - Amended NOH** | 196 | $0.10 | $19.60 |
| 13 | 06/22/2026 | **Postage - Amended NOH** | 98 | $0.74 | $72.52 |
| 14 | 07/08/2026 | **Envelopes - App to Employ LLF, App to Employ Special Counsel & Mtn to Pay Post-Pet Retainer Payments** | 105 | $0.30 | $31.50 |
| 15 | 07/08/2026 | **Print and Copies - App to Employ LLF, App to Employ Special Counsel & Mtn to Pay Post-Pet Retainer Payments** | 1260 | $0.19 | $239.40 |
| 16 | 07/08/2026 | **Postage - App to Employ LLF, App to Employ Special Counsel & Mtn to Pay Post-Pet Retainer Payments** | 105 | $1.03 | $108.15 |
| 17 | 07/09/2026 | **Envelopes - App to Employ CPA** | 105 | $0.30 | $31.50 |



EXHIBIT B

## BILLABLE ITEMS

| | Date | Item Details | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 18 | 07/09/2026 | **Print and Copies - App to Employ CPA** | 525 | $0.19 | $99.75 |
| 19 | 07/09/2026 | **Postage - App to Employ CPA** | 105 | $0.74 | $77.70 |
| 20 | 07/10/2026 | **Postage - Second Cash Collateral Motion and Motion to Enter Lease** | 1 | $475.55 | $475.55 |
| 21 | 07/13/2026 | **Postage - Notice of Hearing on Second Cash Collateral Motion and Motion to Enter Lease** | 1 | $142.80 | $142.80 |
| 22 | 07/14/2026 | **Postage - Second Critical Vendor Motion** | 1 | $223.66 | $223.66 |
| 23 | 07/15/2026 | **Postage - Notice of Hearing on Second Critical Vendor Motion** | 1 | $207.58 | $207.58 |
| 24 | 07/30/2026 | **Envelopes - 1188 Status Report** | 109 | $0.30 | $32.70 |
| 25 | 07/30/2026 | **Print and Copies - 1188 Status Report** | 327 | $0.19 | $62.13 |
| 26 | 07/30/2026 | **Postage - 1188 Status Report** | 109 | $0.78 | $85.02 |
| 27 | 08/25/2026 | **Postage - App to Employ Environmental Counsel and Motion to Expedite** | 1 | $490.00 | $490.00 |
| 28 | 08/26/2026 | **Envelopes - Order on Expedited Hearing on App to Employ Law Firm** | 125 | $0.30 | $37.50 |
| 29 | 08/26/2026 | **Print and Copies - Order on Expedited Hearing on App to Employ Law Firm** | 125 | $0.19 | $23.75 |
| 30 | 08/26/2026 | **Postage - Order on Expedited Hearing on App to Employ Law Firm** | 125 | $0.78 | $97.50 |
| 31 | 09/09/2026 | **Print and Copies - Motion to Dismiss** | 1 | $144.78 | $144.78 |
| 32 | 09/09/2026 | **Postage - Motion to Dismiss** | 1 | $99.06 | $99.06 |
| 33 | 09/09/2026 | **Bank Fee - ACH Returned Item** | 1 | $35.00 | $35.00 |
| 34 | 09/11/2026 | **Envelopes - NOH** | 129 | $0.30 | $38.70 |
| 35 | 09/11/2026 | **Print and Copies - NOH** | 645 | $0.19 | $122.55 |
| 36 | 09/11/2026 | **Postage - NOH** | 129 | $0.78 | $100.62 |

**INVOICE TOTAL** **$5,199.07**

## PAYMENTS

| Date | Received By | Pay Method | Status | Amount |
|---|---|---|---|---|
| *No payments received* | | | | |

**TOTAL PAYMENTS** **$0.00**

**REMAINING BALANCE: $5,199.07**

THANK YOU FOR YOUR BUSINESS