UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-11103-SMR |
| | § | |
| T7 ENTERPRISES LLC d/b/a | § | |
| RELIABLE TIRE DISPOSAL | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 (SUBCHAPTER V) |

**MICHAEL G. COLVARD, SUBCHAPTER V TRUSTEE'S NOTICE OF WITHDRAWAL OF MOTION AND NOTICE FOR DEBTOR T7 ENTERPRISES LLC d/b/a RELIABLE TIRE DISPOSAL TO SHOW CAUSE WHY IT SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE FINAL ORDER WITH RESPECT TO ORDER DISMISSING THE DEBTOR'S CASE (DOCUMENT NUMBER 213)**

Michael G. Colvard, Subchapter V Trustee ("Sub V Trustee"), hereby gives notice of withdrawal of his *Motion and Notice for Debtor T7 Enterprises LLC d/b/a Reliable Tire Disposal to Show Cause Why it Should Not Be Held In Contempt For Violation of the Final Order with Respect to Order Dismissing the Debtor's Case*, filed on October 7, 2026, at Document Number 213. Debtor has cured the default referenced within the Motion to Show Cause.

Respectfully submitted this 13th day of October, 2026.

Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone (210) 227-7591
Facsimile (210) 227-7924
E-Mail: mcolvard@mdtlaw.com

/s/Michael G. Colvard
By:______________________________
Michael G. Colvard
State Bar No. 04629200

**SUBCHAPTER V TRUSTEE**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served electronically by the Court's Electronic Case Filing system, and by electronic mail on the parties listed below on October 13, 2026.

***E-Mail: mattbourda@lanelaw.com***
Matthew Bourda
THE LANE LAW FIRM, PLLC
6200 Savoy Drive, Suite 1150
Houston, TX 77036-3369

***E-Mail: gary.wright3@usdoj.gov***
United States Trustee - SA12
US Trustee's Office
903 San Jacinto Blvd., Suite 230
Austin, TX 78701-2450

/s/Michael G. Colvard
________________________________
MICHAEL G. COLVARD