**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 20, 2026.**

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re:<br><br>T7 Enterprises LLC d/b/a Reliable Tire Disposal,[1]<br><br>Debtor. | Case No. 26-11103-smr<br><br>Chapter 11 |

**ORDER GRANTING THE**
**FIRST AND FINAL FEE APPLICATION OF**
**THE LANE LAW FIRM, PLLC AS COUNSEL FOR THE DEBTOR IN POSSESSION**
**(Referring to Dkt. No. 209)**

After considering the Lane Law Firm, PLLC's *First and Final Fee Application as Counsel to the Debtor in Possession* (the "***Final Fee Application***")[2]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having considered the Final Fee Application, any objections

[1] The last four digits of the Debtor's federal tax identification numbers are 7528.
[2] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Fee Application.

thereto, and the record of this case; and the Court having determined that the relief requested is in the best interests of the Debtor and its estate; and the Court having found that the attorneys' fees and expenses requested in the Fee Application are reasonable; and after due deliberation and sufficient cause appearing, it is hereby **ORDERED**, that:

1. The Final Fee Application is **APPROVED** on a final basis for fees and expenses incurred from June 9, 2026, through and including September 18, 2026; and it is further

2. **ORDERED** that the Lane Law Firm, PLLC is granted total compensation in the amount of $57,420.00 in attorneys' fees and $5,199.07 in expenses on a final basis.

3. **ORDERED** that the Debtor shall pay the Lane Law Firm, PLLC **$57,420.00** for its reasonable attorneys' fees and **$5,199.07** in expenses incurred during the Application Period, for a total of **$62,619.07**, that remain unpaid within fourteen (14) days of entry of this order. This includes a reduction of $812.50 in attorneys' fees as agreed upon by the U.S. Trustee and the Lane Law Firm, PLLC.

4. This Court shall retain exclusive jurisdiction over all aspects of this Order.

### END OF ORDER ###

Submitted by:

**THE LANE LAW FIRM, PLLC**

By: */s/ Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
Matthew W. Bourda
State Bar No. 24091948
6200 Savoy, Suite 1150
Houston, Texas 77036
Phone: (713) 595-8200
Fax: (713) 595-8201
Email: notifications@lanelaw.com
matt.bourda@lanelaw.com

*Former Counsel for T7 Enterprises, LLC d/b/a Reliable Tire Disposal, as former Debtor and Debtor in Possession*