**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 23, 2026.**

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-11103-SMR |
| | § | |
| T7 ENTERPRISES LLC d/b/a | § | |
| RELIABLE TIRE DISPOSAL | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 (SUBCHAPTER V) |

**AGREED ORDER AUTHORIZING AND AWARDING FIRST AND FINAL APPLICATION FOR COMPENSATION OF FEES AND EXPENSES OF MICHAEL G. COLVARD, SUBCHAPTER V TRUSTEE**

WHEREAS, in said District, came on for consideration the First and Final Application for Compensation of Fees and Expenses, (the "Final Application") of Michael G. Colvard ("Colvard," "Applicant" and/or "Trustee"), as Subchapter V Trustee, seeking final allowance of compensation and reimbursement of actual and necessary expenses for the period of June 10, 2026 through September 29, 2026 in the amount of Fifteen Thousand Six Hundred Five Dollars and 00/100 ($15,605.00) amount reduced by $87.50 for a total of Fifteen Thousand Five Hundred Seventeen Dollars and 50/100 ($15,517.50), plus expenses in the amount of Five Hundred Dollars and 84/100 ($500.84) for a total fee amount of Sixteen Thousand Eighteen Dollars and 34/00 ($16,018.34), and the Court finding that the compensation should be awarded and the reimbursement of out-of-pocket

expenses should be allowed. It is therefore. . .

ORDERED, ADJUDGED and DECREED that Colvard be and hereby is, awarded his final compensation for fees in the amount of $15,517.50 and expenses of $500.84. It is further. . .

ORDERED, ADJUDGED and DECREED that Colvard may apply all funds received from Debtor as retainer deposits per the terms of the Order Approving the Motion for Approval of Post-Petition Monthly Retainer Payments [ECF No. 119]. It is further. . .

ORDERED, ADJUDGED and DECREED that Colvard be and hereby is provided final approval for all fees and expenses awarded for services provided within this proceeding between June 10, 2026 through September 29, 2026 in the amount of Fifteen Thousand Six Hundred Five Dollars and 00/100 ($15,605.00) amount reduced by $87.50 for a total of Fifteen Thousand Five Hundred Seventeen Dollars and 50/100 ($15,517.50), plus expenses in the amount of Five Hundred Dollars and 84/100 ($500.84) for a total fee amount of Sixteen Thousand Eighteen Dollars and 34/00 ($16,018.34) – less the $4,500, held in retainer resulting in a remaining balance of Eleven Thousand Five Hundred Eighteen Dollars and 34/100 ($11,518.34), which sum is to be paid pursuant to the terms of the Order Dismissing Case [ECF No. 198].

###

Agreed as to form:

**MARTIN & DROUGHT, P.C.**
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Phone: (210) 227-7591
Fax: (210) 227-7924
Email: mcolvard@mdtlaw.com

By: /s/ Michael G. Colvard
MICHAEL G. COLVARD
State Bar No. 0462920

**SUBCHAPTER V TRUSTEE**

**THE LANE LAW FIRM, PLLC**
6200 Savoy Drive, Suite 1150
Houston, Texas 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201
Email: matt.bourda@lanelaw.com

By:/s/ Matthew Bourda by permission MGC
ROBERT C. LANE
State Bar No. 24046263
MATTHEW BOURDA
State Bar No. 24091948

**COUNSEL FOR DEBTOR, T7 ENTERPRISES LLC**
**d/b/a RELIABLE TIRE DISPOSAL**