**Fill in this information to identify the case:**

Debtor Name T7 Enterprises LLC d/b/a Reliable Tire Disposal

United States Bankruptcy Court for the: Western District of Texas

Case number: 26-11103-smr

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 2026

Date report filed: ________ MM / DD / YYYY

Line of business: Tire disposal

NAISC code: 562111

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Gary Thomas

Original signature of responsible party: */s/ Gary Thomas*

Printed name of responsible party: Gary Thomas

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name T7 Enterprises LLC d/b/a Reliable Tire Disposal Case number 26-11103-smr

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 1.#R

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 1.#R

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. − $ 1.#R

22. **Net cash flow** + $ 1.#R

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 1.#R

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 1.#R

*(Exhibit E)*

Debtor Name T7 Enterprises LLC d/b/a Reliable Tire Disposal Case number 26-11103-smr

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 1.#R

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 37
27. What is the number of employees as of the date of this monthly report? 31

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 1.#R
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 1.#R
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 1.#R | – | $ 1.#R | = | $ 1.#R |
| 33. **Cash disbursements** | $ 1.#R | – | $ 1.#R | = | $ 1.#R |
| 34. **Net cash flow** | $ 1.#R | – | $ 1.#R | = | $ 1.#R |

35. Total projected cash receipts for the next month: $ 1.#R
36. Total projected cash disbursements for the next month: - $ 1.#R
37. Total projected net cash flow for the next month: = $ 908.00

Debtor Name T7 Enterprises LLC d/b/a Reliable Tire Disposal Case number 26-11103-smr

## 8. Additional Information

**If available, check the box to the left and attach copies of the following documents.**

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

## EXHIBIT A - Explanations for "No" Answers (Lines 1-9) | August 9 - September 8, 2026

**Line 3 - Have you paid all of your bills on time? Answer: No.** As of 09/08/2026, the Debtor's QuickBooks accounts payable aging shows $235,880.66 of post-petition payables 1-90 days past due (1-30 days $133,865.56; 31-60 days $34,140.74; 61-90 days $67,874.36). See Exhibit E.

**Line 5 - Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? Answer: No.** The Debtor's DIP account is Wells Fargo #...6438. Most customer receipts continued to be deposited to the pre-existing operating account #...2968 at Hill Country / Llano National Bank, and most operating disbursements were paid from that account. Both accounts are reported in Part 2 of this report. Beginning August 21, 2026, customer deposits were also made to the Wells Fargo DIP account.

## EXHIBIT B - Explanations for "Yes" Answers (Lines 10-18) | August 9 - September 8, 2026

**Line 10 - Do you have any bank accounts open other than the DIP accounts? Answer: Yes.** Operating account #...2968 at Hill Country / Llano National Bank (non-DIP), reported in full in Part 2 of this report.

**Transfers between the Debtor's accounts.** Two Wells Fargo DIP checks were deposited into the #...2968 operating account: check 1031 for $21,000.00 (deposited 08/27/2026) and check 1033 for $22,500.00 (deposited 09/02/2026). They are excluded from lines 20 and 21.

**Other payments disclosed.** The following are Debtor expenses: Citi Card payments of $2,549.65 (08/18/2026) and $1,837.03 (08/26/2026) for the Debtor's state-route expenses; SFB Farm Bureau premium of $317.56 (09/01/2026) for key-man life insurance on the Debtor's officer, Gary Thomas; and GM Financial payment of $2,181.57 (08/26/2026) on the Debtor's vehicle.

## Summary of Cash Activity by Account (Form 425C Part 2) | August 9 - September 8, 2026

| Account | Opening | Receipts | Disbursements | Ending (bank) |
|---|---:|---:|---:|---:|
| Llano National Bank #...2968 (non-DIP) | 5,689.62 | 341,699.75 | 314,228.60 | 33,160.77 |
| Wells Fargo #...6438 (DIP) | 245.88 | 56,538.32 | 56,568.87 | 215.33 |
| Less transfers between the Debtor's accounts | | (43,500.00) | (43,500.00) | |
| **TOTAL - Form 425C lines 19-23** | **5,935.50** | **354,738.07** | **327,297.47** | **33,376.10** |

Transfers between the Debtor's own two accounts are excluded from lines 20 and 21 so they are not counted twice:

| Date | Account | Description | Amount |
|---|---|---|---:|
| 08/27/2026 | Llano ...2968 | Deposit #195 - Wells Fargo DIP check 1031 | 21,000.00 |
| 08/28/2026 | WF ...6438 | Check 1031 to operating account | (21,000.00) |
| 09/02/2026 | Llano ...2968 | Deposit #196 - Wells Fargo DIP check 1033 | 22,500.00 |
| 09/03/2026 | WF ...6438 | Check 1033 to operating account | (22,500.00) |

## EXHIBIT C - Cash Receipts | August 9 - September 8, 2026

All cash received into the Debtor's accounts during the period, from the bank records for both accounts.

| Date | Account | Received from / description | Type | Amount |
|---|---|---|---|---|
| 08/10/2026 | Llano ...2968 | TX Dept of Transportation INV-PAYMTS | Customer payment - TxDOT | 12,046.00 |
| 08/10/2026 | Llano ...2968 | TX Dept of Transportation INV-PAYMTS | Customer payment - TxDOT | 6,209.20 |
| 08/10/2026 | Llano ...2968 | Square Inc/SQ260810 | Card sales (Square) | 5,195.01 |
| 08/10/2026 | Llano ...2968 | Deposit #140 | Customer deposits | 13,466.35 |
| 08/10/2026 | WF ...6438 | David Joseph Co ACCTS PAY (customer payment) | Customer payment - ACH | 2,024.46 |
| 08/11/2026 | Llano ...2968 | Square Inc/SQ260811 | Card sales (Square) | 2,478.01 |
| 08/11/2026 | Llano ...2968 | Paycom Client Trust refund | Refund / adjustment / interest | 480.80 |
| 08/12/2026 | Llano ...2968 | TX Dept of Transportation INV-PAYMTS | Customer payment - TxDOT | 3,876.00 |
| 08/12/2026 | Llano ...2968 | Deposit #142 | Customer deposits | 9,729.06 |
| 08/12/2026 | Llano ...2968 | Deposit #141 | Customer deposits | 5,822.75 |
| 08/13/2026 | Llano ...2968 | Square Inc/SQ260813 | Card sales (Square) | 455.57 |
| 08/13/2026 | Llano ...2968 | Deposit #143 | Customer deposits | 9,827.44 |
| 08/14/2026 | Llano ...2968 | Square Inc/SQ260814 | Card sales (Square) | 2,467.52 |
| 08/14/2026 | Llano ...2968 | City of Copperas Cove EFT | Customer payment - government | 60.00 |
| 08/14/2026 | WF ...6438 | David Joseph Co ACCTS PAY (customer payment) | Customer payment - ACH | 2,990.10 |
| 08/17/2026 | Llano ...2968 | Deposit #144 | Customer deposits | 16,729.64 |
| 08/17/2026 | Llano ...2968 | Deposit #193 | Customer deposits | 4,495.98 |
| 08/17/2026 | Llano ...2968 | Deposit #145 | Customer deposits | 4,073.91 |
| 08/18/2026 | Llano ...2968 | Square Inc/SQ260818 | Card sales (Square) | 3,043.86 |
| 08/18/2026 | Llano ...2968 | Deposit #194 | Customer deposits | 87,812.32 |
| 08/18/2026 | Llano ...2968 | Deposit #146 | Customer deposits | 7,313.66 |
| 08/19/2026 | Llano ...2968 | Square Inc/SQ260819 | Card sales (Square) | 498.68 |
| 08/19/2026 | Llano ...2968 | Deposit #147 | Customer deposits | 9,193.17 |
| 08/20/2026 | Llano ...2968 | Square Inc/SQ260820 | Card sales (Square) | 1,397.47 |
| 08/21/2026 | Llano ...2968 | Square Inc/SQ260821 | Card sales (Square) | 869.97 |
| 08/21/2026 | WF ...6438 | Deposit | Customer deposits | 8,026.67 |
| 08/24/2026 | Llano ...2968 | Square Inc/SQ260824 | Card sales (Square) | 797.00 |
| 08/24/2026 | WF ...6438 | Deposit | Customer deposits | 4,396.58 |
| 08/24/2026 | WF ...6438 | Deposit | Customer deposits | 11,855.57 |
| 08/25/2026 | Llano ...2968 | TX Military Dept INV-PAYMTS | Customer payment - government | 270.00 |
| 08/25/2026 | Llano ...2968 | Square Inc/SQ260825 | Card sales (Square) | 138.02 |
| 08/26/2026 | Llano ...2968 | Square Inc/SQ260826 | Card sales (Square) | 684.84 |
| 08/26/2026 | WF ...6438 | Deposit | Customer deposits | 7,747.96 |
| 08/27/2026 | Llano ...2968 | Square Inc/SQ260827 | Card sales (Square) | 4,024.92 |
| 08/27/2026 | Llano ...2968 | Deposit #148 | Customer deposits | 9,907.58 |
| 08/27/2026 | WF ...6438 | Deposit | Customer deposits | 5,058.54 |
| 08/27/2026 | WF ...6438 | Deposit adjustment - list of checks not included | Refund / adjustment / interest | 0.01 |
| 08/27/2026 | WF ...6438 | Deposit | Customer deposits | 6,011.66 |
| 08/28/2026 | Llano ...2968 | Square Inc/SQ260828 | Card sales (Square) | 2,539.80 |
| 08/31/2026 | Llano ...2968 | TX Dept of Transportation INV-PAYMTS | Customer payment - TxDOT | 5,768.40 |
| 08/31/2026 | Llano ...2968 | Square Inc/SQ260831 | Card sales (Square) | 1,118.23 |
| 08/31/2026 | Llano ...2968 | Deposit #154 | Customer deposits | 7,458.87 |
| 08/31/2026 | WF ...6438 | Deposit | Customer deposits | 8,426.71 |
| 08/31/2026 | WF ...6438 | Interest payment | Refund / adjustment / interest | 0.06 |
| 09/01/2026 | Llano ...2968 | Square Inc/SQ260901 | Card sales (Square) | 1,881.22 |
| 09/02/2026 | Llano ...2968 | Red Rock Recycling BillPay | Customer payment - ACH | 3,498.17 |
| 09/02/2026 | Llano ...2968 | Square Inc/SQ260902 | Card sales (Square) | 2,482.42 |
| 09/02/2026 | Llano ...2968 | Deposit #197 | Customer deposits | 9,977.09 |
| 09/02/2026 | Llano ...2968 | Deposit #155 | Customer deposits | 5,533.67 |
| 09/02/2026 | Llano ...2968 | Deposit #156 | Customer deposits | 5,322.91 |
| 09/02/2026 | Llano ...2968 | Deposit #198 | Customer deposits | 891.17 |
| 09/03/2026 | Llano ...2968 | Deposit #157 | Customer deposits | 3,372.39 |

| Date | Account | Received from / description | Type | Amount |
|---|---|---|---|---|
| 09/04/2026 | Llano ...2968 | Deposit #159 | Customer deposits | 4,565.22 |
| 09/04/2026 | Llano ...2968 | Deposit #158 | Customer deposits | 2,188.82 |
| 09/04/2026 | Llano ...2968 | Deposit #160 | Customer deposits | 480.00 |
| 09/08/2026 | Llano ...2968 | Square Inc/SQ260908 | Card sales (Square) | 1,045.50 |
| 09/08/2026 | Llano ...2968 | Deposit #199 | Customer deposits | 9,647.27 |
| 09/08/2026 | Llano ...2968 | Deposit #200 | Customer deposits | 4,212.38 |
| 09/08/2026 | Llano ...2968 | Deposit #201 | Customer deposits | 1,100.00 |
| 09/08/2026 | Llano ...2968 | Deposit #161 | Customer deposits | 1,090.62 |
| 09/08/2026 | Llano ...2968 | Deposit #162 | Customer deposits | 660.87 |
| **TOTAL (line 20)** | | | | **354,738.07** |

## EXHIBIT D - Cash Disbursements | August 9 - September 8, 2026

All payments made from the Debtor's accounts during the period, from the bank records for both accounts. Checks are listed by check number as shown on the bank records.

| Date | Account | Paid to / description | Purpose | Amount |
|---|---|---|---|---|
| 08/10/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 08/10/2026 | Llano ...2968 | Spectrum | Utilities / telecom | 229.16 |
| 08/10/2026 | Llano ...2968 | Champion Grandview Way Austin | Operating expense / supplies | 534.54 |
| 08/10/2026 | Llano ...2968 | Anthropic Claude subscription | Software / subscriptions | 210.00 |
| 08/11/2026 | Llano ...2968 | Adrem Administra / Angle Ins | Insurance | 12,017.30 |
| 08/11/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,500.00 |
| 08/11/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,200.00 |
| 08/12/2026 | Llano ...2968 | McKinney Vehicle BillPay | Trailer rental - McKinney | 1,317.04 |
| 08/12/2026 | Llano ...2968 | ADP 401k | Payroll - 401(k) | 134.98 |
| 08/12/2026 | Llano ...2968 | Indeed | Operating expense / supplies | 643.58 |
| 08/12/2026 | Llano ...2968 | Bobcat of Marble Falls | Operating expense / supplies | 177.50 |
| 08/12/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,200.00 |
| 08/13/2026 | Llano ...2968 | PAYCOM payroll | Payroll (PAYCOM) | 40,772.04 |
| 08/13/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 08/14/2026 | Llano ...2968 | McKinney Vehicle BillPay | Trailer rental - McKinney | 226.48 |
| 08/14/2026 | Llano ...2968 | McKinney Vehicle BillPay | Trailer rental - McKinney | 46.30 |
| 08/14/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,200.00 |
| 08/17/2026 | Llano ...2968 | Check 2096 | Check | 10,578.32 |
| 08/17/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 08/17/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,200.00 |
| 08/17/2026 | Llano ...2968 | Adobe Inc | Software / subscriptions | 21.24 |
| 08/17/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,200.00 |
| 08/17/2026 | WF ...6438 | Best Buy 0000691 Georgetown TX (card 9044) | Operating expense / supplies | 97.41 |
| 08/18/2026 | Llano ...2968 | Check 2074 | Check | 519.72 |
| 08/18/2026 | Llano ...2968 | ADP 401k | Payroll - 401(k) | 106.05 |
| 08/18/2026 | Llano ...2968 | Starlink | Utilities / telecom | 130.00 |
| 08/18/2026 | Llano ...2968 | RMA Toll | Tolls | 511.09 |
| 08/18/2026 | Llano ...2968 | RMA Toll | Tolls | 11.12 |
| 08/18/2026 | WF ...6438 | Amazon Mktpl (card 9044) | Operating expense / supplies | 80.60 |
| 08/18/2026 | WF ...6438 | Pedernales Electric (card 9044) | Utilities / telecom | 477.97 |
| 08/18/2026 | WF ...6438 | Citi Card Online Payment - Dawna Thomas | Credit card payment (Citi) - state-route expenses | 2,549.65 |
| 08/19/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 08/19/2026 | Llano ...2968 | Samsara | Fleet telematics (Samsara) | 2,079.97 |
| 08/19/2026 | Llano ...2968 | HCTRA EFT EZTag | Tolls | 96.40 |
| 08/19/2026 | Llano ...2968 | HCTRA EFT EZTag | Tolls | 33.30 |
| 08/19/2026 | Llano ...2968 | HCTRA EFT EZTag | Tolls | 18.87 |
| 08/19/2026 | Llano ...2968 | Champion Grandview Way Austin | Operating expense / supplies | 540.55 |
| 08/19/2026 | Llano ...2968 | Septic Pumping & Maintenance | Utilities / telecom | 108.25 |
| 08/19/2026 | Llano ...2968 | Septic Pumping & Maintenance | Utilities / telecom | 108.25 |
| 08/19/2026 | Llano ...2968 | Tryton Norber | Operating expense / supplies | 234.47 |
| 08/19/2026 | Llano ...2968 | Tryton Norber | Operating expense / supplies | 54.34 |
| 08/19/2026 | Llano ...2968 | Tryton Norber | Operating expense / supplies | 5.36 |
| 08/20/2026 | Llano ...2968 | PAYCOM payroll | Payroll (PAYCOM) | 38,732.47 |
| 08/20/2026 | Llano ...2968 | Intuit QuickBooks Online | Software / subscriptions | 293.15 |
| 08/20/2026 | Llano ...2968 | Check / Withdrawal | Check | 4,471.54 |
| 08/20/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,200.00 |
| 08/20/2026 | Llano ...2968 | NTTA Online | Tolls | 40.24 |
| 08/20/2026 | Llano ...2968 | Tryton Norber | Operating expense / supplies | 234.47 |
| 08/20/2026 | Llano ...2968 | Tryton Norber | Operating expense / supplies | 234.47 |
| 08/20/2026 | Llano ...2968 | Tryton Norber | Operating expense / supplies | 234.47 |
| 08/21/2026 | Llano ...2968 | Outgoing Wire Fee | Bank charges | 15.00 |

| Date | Account | Paid to / description | Purpose | Amount |
|---|---|---|---|---|
| 08/21/2026 | Llano ...2968 | Check 2075 | Check | 293.05 |
| 08/21/2026 | Llano ...2968 | WebFile Tax Payment (TX Comptroller) | Taxes - TX Comptroller | 19,866.58 |
| 08/21/2026 | Llano ...2968 | Waste Management payment | Disposal - Waste Management | 10,000.00 |
| 08/21/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 08/21/2026 | Llano ...2968 | Kelmar Safety | Operating expense / supplies | 368.00 |
| 08/21/2026 | Llano ...2968 | HCTRA EFT EZTag | Tolls | 318.40 |
| 08/21/2026 | Llano ...2968 | HCTRA EFT EZTag | Tolls | 19.59 |
| 08/21/2026 | Llano ...2968 | HCTRA EFT EZTag | Tolls | 19.22 |
| 08/21/2026 | Llano ...2968 | HCTRA EFT EZTag | Tolls | 18.16 |
| 08/21/2026 | Llano ...2968 | Wire Transfer Debit | Wire transfer - booked in QuickBooks as Professional Fees | 1,500.00 |
| 08/21/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,200.00 |
| 08/21/2026 | Llano ...2968 | Adobe Inc | Software / subscriptions | 31.86 |
| 08/21/2026 | Llano ...2968 | RMA Toll | Tolls | 108.32 |
| 08/21/2026 | Llano ...2968 | RMA Toll | Tolls | 27.50 |
| 08/21/2026 | Llano ...2968 | RMA Toll | Tolls | 25.99 |
| 08/24/2026 | Llano ...2968 | Adrem Administra / Angle Ins | Insurance | 7,222.94 |
| 08/24/2026 | Llano ...2968 | American Interstate Ins. Prem. | Insurance | 5,666.74 |
| 08/24/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 08/24/2026 | Llano ...2968 | Cintas | Operating expense / supplies | 889.68 |
| 08/24/2026 | Llano ...2968 | Verizon Wireless | Utilities / telecom | 643.95 |
| 08/24/2026 | Llano ...2968 | ADP 401k | Payroll - 401(k) | 138.27 |
| 08/24/2026 | Llano ...2968 | RMA Toll | Tolls | 278.82 |
| 08/24/2026 | Llano ...2968 | RMA Toll | Tolls | 35.54 |
| 08/24/2026 | Llano ...2968 | RMA Toll | Tolls | 21.54 |
| 08/24/2026 | Llano ...2968 | RMA Toll | Tolls | 10.00 |
| 08/24/2026 | Llano ...2968 | RMA Toll | Tolls | 8.72 |
| 08/24/2026 | Llano ...2968 | Anthropic | Software / subscriptions | 105.00 |
| 08/24/2026 | Llano ...2968 | RMA Toll | Tolls | 193.72 |
| 08/24/2026 | Llano ...2968 | Amazon Digital | Software / subscriptions | 23.80 |
| 08/24/2026 | Llano ...2968 | OpenAI ChatGPT | Software / subscriptions | 95.76 |
| 08/24/2026 | WF ...6438 | Tractor Supply #29 Burnet TX (card 0701) | Operating expense / supplies | 32.43 |
| 08/24/2026 | WF ...6438 | Best Buy #235 Corpus Christi TX (card 9044) | Operating expense / supplies | 1,623.73 |
| 08/25/2026 | Llano ...2968 | Check 2099 | Check | 3,225.92 |
| 08/25/2026 | Llano ...2968 | Check 2098 | Check | 1,437.29 |
| 08/25/2026 | Llano ...2968 | Waste Management payment | Disposal - Waste Management | 511.22 |
| 08/25/2026 | Llano ...2968 | Burnet Car Wash | Operating expense / supplies | 15.00 |
| 08/25/2026 | WF ...6438 | Southern Tire Mart (card 9044) | Operating expense / supplies | 60.00 |
| 08/26/2026 | Llano ...2968 | Check 2097 | Check | 330.78 |
| 08/26/2026 | Llano ...2968 | Check 2076 | Check | 141.19 |
| 08/26/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 08/26/2026 | Llano ...2968 | GM Financial payment | Loan payment - GM Financial (Yukon) | 2,181.57 |
| 08/26/2026 | Llano ...2968 | Citi Card Online Payment | Credit card payment (Citi) - state-route expenses | 1,837.03 |
| 08/26/2026 | Llano ...2968 | N9 Ventures Inc. | Operating expense / supplies | 1,430.23 |
| 08/26/2026 | Llano ...2968 | Adobe Inc | Software / subscriptions | 10.49 |
| 08/26/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,200.00 |
| 08/26/2026 | Llano ...2968 | Insufficient/Overdraft Fee | Bank charges / returned item | 25.00 |
| 08/27/2026 | Llano ...2968 | PAYCOM payroll | Payroll (PAYCOM) | 35,843.39 |
| 08/27/2026 | Llano ...2968 | Tractor Supply (check) | Check | 109.99 |
| 08/27/2026 | WF ...6438 | Dan's Tire Service Brownwood TX (card 9044) | Operating expense / supplies | 468.00 |
| 08/27/2026 | WF ...6438 | Eform2290 - Form 2290 filing (card 9044) | Operating expense / supplies | 64.94 |
| 08/28/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 08/28/2026 | WF ...6438 | O'Reilly 636 Burnet TX (card 0701) | Operating expense / supplies | 43.28 |
| 08/28/2026 | WF ...6438 | Repairs Advisor Hong Kong (card 0701) | Operating expense / supplies | 56.99 |
| 08/28/2026 | WF ...6438 | USPS PO Burnet TX (card 9044) | Operating expense / supplies | 112.72 |
| 08/31/2026 | Llano ...2968 | Check 2101 | Check | 274.16 |

| Date | Account | Paid to / description | Purpose | Amount |
|---|---|---|---|---|
| 08/31/2026 | Llano ...2968 | Check 2100 | Check | 123.63 |
| 08/31/2026 | Llano ...2968 | ADP 401k | Payroll - 401(k) | 120.33 |
| 08/31/2026 | Llano ...2968 | OpenAI ChatGPT | Software / subscriptions | 170.24 |
| 08/31/2026 | Llano ...2968 | Indeed | Operating expense / supplies | 561.85 |
| 08/31/2026 | Llano ...2968 | Indeed | Operating expense / supplies | 577.06 |
| 08/31/2026 | Llano ...2968 | Insufficient/Overdraft Fee | Bank charges / returned item | 25.00 |
| 08/31/2026 | WF ...6438 | Hoover Building Supply (card 0701) | Operating expense / supplies | 15.56 |
| 08/31/2026 | WF ...6438 | PayPal *Nguyentanq (card 0701) | Operating expense / supplies | 30.00 |
| 08/31/2026 | WF ...6438 | PayPal *Hominhkhoi (card 0701) | Operating expense / supplies | 50.00 |
| 08/31/2026 | WF ...6438 | O'Reilly 636 Burnet TX (card 0701) | Operating expense / supplies | 46.53 |
| 08/31/2026 | WF ...6438 | ACH Debit - The Lane Law Firm (Corp Coll T7 Tire Disposal) | Professional fees - bankruptcy counsel (Lane Law) | 5,000.00 |
| 09/01/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 09/01/2026 | Llano ...2968 | SFB Farm Bureau Ins. Prem. Gary V Thomas | Insurance - key-man life insurance (Gary Thomas) | 317.56 |
| 09/01/2026 | Llano ...2968 | DigitalOcean | Software / subscriptions | 118.68 |
| 09/01/2026 | Llano ...2968 | Bobcat of Marble Falls | Operating expense / supplies | 250.57 |
| 09/01/2026 | Llano ...2968 | Bobcat of Marble Falls | Operating expense / supplies | 222.25 |
| 09/01/2026 | Llano ...2968 | Stop/Hold Fee | Bank charges | 15.00 |
| 09/01/2026 | WF ...6438 | Deposited item returned unpaid | Bank charges / returned item | 520.95 |
| 09/01/2026 | WF ...6438 | Southern Tire Mart (card 9044) | Operating expense / supplies | 291.80 |
| 09/01/2026 | WF ...6438 | Southern Tire Mart (card 9044) | Operating expense / supplies | 389.23 |
| 09/02/2026 | Llano ...2968 | Indeed | Operating expense / supplies | 219.98 |
| 09/02/2026 | Llano ...2968 | Insufficient/Overdraft Fee | Bank charges / returned item | 25.00 |
| 09/02/2026 | Llano ...2968 | First Insurance Funding | Insurance | 45,817.60 |
| 09/03/2026 | Llano ...2968 | Spectrum VoIP | Utilities / telecom | 112.74 |
| 09/03/2026 | Llano ...2968 | Check / Withdrawal 2077 | Check | 1,127.47 |
| 09/04/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 09/04/2026 | Llano ...2968 | Adobe Inc | Software / subscriptions | 127.37 |
| 09/04/2026 | Llano ...2968 | Adobe Inc | Software / subscriptions | 31.86 |
| 09/04/2026 | Llano ...2968 | Insufficient/Overdraft Fee | Bank charges / returned item | 25.00 |
| 09/04/2026 | WF ...6438 | Check 1002 (cashed) | Check | 393.65 |
| 09/08/2026 | Llano ...2968 | Check 2103 | Check | 67.63 |
| 09/08/2026 | Llano ...2968 | Spectrum | Utilities / telecom | 229.16 |
| 09/08/2026 | Llano ...2968 | ADP 401k | Payroll - 401(k) | 135.88 |
| 09/08/2026 | Llano ...2968 | Anthropic Claude subscription | Software / subscriptions | 210.00 |
| 09/08/2026 | Llano ...2968 | RMA Toll | Tolls | 851.75 |
| 09/08/2026 | Llano ...2968 | RMA Toll | Tolls | 530.89 |
| 09/08/2026 | Llano ...2968 | RMA Toll | Tolls | 54.76 |
| 09/08/2026 | Llano ...2968 | RMA Toll | Tolls | 16.72 |
| 09/08/2026 | Llano ...2968 | Audible | Software / subscriptions | 16.18 |
| 09/08/2026 | WF ...6438 | Pedernales Electric (card 9044) | Utilities / telecom | 479.55 |
| 09/08/2026 | WF ...6438 | Check 1003 | Check | 183.88 |
| **TOTAL (line 21)** | | | | **327,297.47** |

## EXHIBIT E - Unpaid Post-Petition Bills as of 09/08/2026 | QuickBooks A/P Aging Summary

| Vendor | Current | 1-30 | 31-60 | 61-90 | Post-petition total |
|---|---|---|---|---|---|
| A-LINE AUTO PARTS | | | 508.58 | 297.64 | 806.22 |
| ALL AMERICAN TIRE RECYCLERS | | | 19,800.00 | | 19,800.00 |
| BEST WESTERN | 339.74 | | | | 339.74 |
| BURNET COUNTY TAX ACC | | 963.25 | 252.30 | | 1,215.55 |
| CHAPMAN WRECKER SERVICE | | 1,072.50 | 1,320.00 | | 2,392.50 |
| CINTAS | 394.88 | 970.19 | | | 1,365.07 |
| CITY OF MIDLAND LANDFILL | 2,032.85 | | | | 2,032.85 |
| FIRST INSURANCE FUNDING | | 43,671.95 | | | 43,671.95 |
| FLYING J | 72.73 | | | | 72.73 |
| HCTRA- VIOLATIONS | 1,646.30 | 182.96 | | | 1,829.26 |
| HOOVER BUILDING SUPPLY, INC | | | 138.45 | 123.46 | 261.91 |
| MCKINNEY TRAILER RENTALS | | 715.00 | 987.78 | 1,317.04 | 3,019.82 |
| POWERSCREEN TEXAS INC | | 47,105.00 | | | 47,105.00 |
| RMA TOLL | 4,407.50 | | | | 4,407.50 |
| SAS TOWING AND RECOVERY | | | 763.00 | | 763.00 |
| SILVER CREEK MATERIALS | | | | 3,500.00 | 3,500.00 |
| STRIPES | | | 1,838.29 | 41,665.02 | 43,503.31 |
| SUNBELT RENTALS | | 2,528.76 | 8,532.34 | | 11,061.10 |
| WASTE MANAGEMENT WILLIAMSON COUNTY LANDFILL | 49,354.96 | 15,700.95 | | | 65,055.91 |
| XTRA LEASE | 21,096.60 | 20,955.00 | | 20,971.20 | 63,022.80 |
| **TOTAL (line 24)** | **79,345.56** | **133,865.56** | **34,140.74** | **67,874.36** | **315,226.22** |

Post-petition payables are the Current through 61-90 day columns of the QuickBooks A/P aging, the same method used on the July 2026 report. Balances aged 91+ days (799,921.63) are pre-petition and are not included.

# EXHIBIT F - Money Owed to the Debtor as of 09/08/2026 | QuickBooks A/R Aging Summary

| Customer | Current | 1-30 | 31-60 | 61-90 | 91+ | Total |
|---|---|---|---|---|---|---|
| ACE TIRE & RIMS | | | | | 164.00 | 164.00 |
| AFFORDABLE TIRE, INC. | | | | 38.95 | (38.95) | 0.00 |
| ALL AMERICAN CHEVROLET OF KILLEEN L236 | | | | 83.60 | | 83.60 |
| ALPHA ONE FORD | 381.58 | | | | | 381.58 |
| ATD-AUSTIN | | | | | 2,192.06 | 2,192.06 |
| ATD-BEAUMONT | | | | | 1,948.50 | 1,948.50 |
| ATD-CORPUS CHRISTI | | | | | 4,384.12 | 4,384.12 |
| ATD-HOUSTON | | | | | 3,464.00 | 3,464.00 |
| ATD-MCALLEN | | | | | 3,031.00 | 3,031.00 |
| ATD-MISSOURI CITY | | | | | 1,732.00 | 1,732.00 |
| ATD-SAN ANTONIO | | | | | 10,960.30 | 10,960.30 |
| BATES NISSAN | | | | (166.71) | | (166.71) |
| BELL COUNTY ROAD & BRIDGE | 1,289.25 | | | | | 1,289.25 |
| BMW OF AUSTIN | 361.83 | | | | | 361.83 |
| B&T; TIRES | | (57.30) | | | | (57.30) |
| BUD CROSS FORD | | (396.20) | | | | (396.20) |
| BURNET TIRE & AUTOMOTIVE | | | | | (9.36) | (9.36) |
| BYRIDER #2- Business CLOSED | | | | | 329.54 | 329.54 |
| CAPITOL CHEVROLET | 241.67 | | | | | 241.67 |
| CARVANA-SAN ANTONIO | | 1,360.32 | | | | 1,360.32 |
| CECIL ATKISSION MOTORS-KERRVILLE | 273.33 | | | | | 273.33 |
| CEDAR PARK NISSAN | 312.57 | 241.12 | 235.17 | 190.52 | 169.68 | 1,149.06 |
| CEMEX | | | | | (27,292.52) | (27,292.52) |
| CHRISTIANSON AC & PLUMBING | | 410.81 | | | | 410.81 |
| CITY OF AUSTIN-ARR | 1,200.00 | | | | | 1,200.00 |
| CITY OF HARKER HEIGHTS | | | 808.50 | 1,288.00 | | 2,096.50 |
| CITY OF LOCKHART | 664.00 | | | | | 664.00 |
| CITY OF PFLUGERVILLE PUBLICWORKS | 615.00 | | | | | 615.00 |
| COLLEGE STATION FORD | 218.67 | | | | | 218.67 |
| COMMERCIAL TIRE SERVICES | 2,075.69 | | | | | 2,075.69 |
| COVERT AUTO INC.-RESEARCH | 324.75 | | | | | 324.75 |
| CROW'S TRUCK AND AUTO REPAIR | | | | | 51.76 | 51.76 |
| CYCLE GEAR- KILLEEN | | | 114.84 | | | 114.84 |
| DANIEL'S TIRE SHOP #1 | | | | | 3.00 | 3.00 |
| DON RINGLER TOYOTA &CHEVROLET; | 112.58 | | | | | 112.58 |
| EDGESTONE AUTOMOTIVE - LH | | | | | (2.00) | (2.00) |
| EUROPEAN MOTORWERKS #1 | | | | | (0.04) | (0.04) |
| HAMONS AUTO & DIESEL REPAIR | | | | | 226.84 | 226.84 |
| HAMRICK'S AUTOMOTIVE | | | 1,645.67 | | | 1,645.67 |
| HEART OF TEXAS TIRE | 3,348.71 | | | | | 3,348.71 |
| I-40 TRUCK SALES | | | (2,080.00) | | | (2,080.00) |
| INTERNATIONAL MOTORS | | | (7.57) | | | (7.57) |
| JAVELINA HARLEY DAVIDSON | | | 359.93 | | | 359.93 |
| JIM HOFFPAUIR INC. | 350.73 | | | | | 350.73 |
| JOHNSON BROTHERS FORD II LTD | 244.65 | | | | | 244.65 |
| JOHNSON SEWELL | 199.19 | 179.70 | | | | 378.89 |
| JT AUTOWORKS & TIRES (closed) | | | | | 324.75 | 324.75 |
| KIA OF SOUTH AUSTIN | 196.47 | 273.87 | | 142.89 | | 613.23 |
| KILLEEN FORD | 806.25 | | | | | 806.25 |
| KINGDOM TIRE PROS | | | | | 1,500.00 | 1,500.00 |
| LAMBS #12 | | | | | (186.73) | (186.73) |
| LARRY'S LUBE CENTER | 357.23 | | | | | 357.23 |
| LEAL'S TIRE SERVICE | | | | | (243.57) | (243.57) |

| Customer | Current | 1-30 | 31-60 | 61-90 | 91+ | Total |
|---|---|---|---|---|---|---|
| LEIF JOHNSON FORD | 255.47 | | | | | 255.47 |
| LEIF JOHNSON FORD OF BUDA | | 296.62 | 223.00 | 376.72 | | 896.34 |
| LEIF JOHNSON FORD OF MANOR | 326.92 | 153.72 | | | | 480.64 |
| LEXUS OF AUSTIN | 1,017.28 | | | | | 1,017.28 |
| LEXUS OF LAKEWAY | 412.97 | | | | | 412.97 |
| LONG'S AUTOMOTIVE | | (9.70) | | | | (9.70) |
| MAXWELL FORD | 1,052.20 | 967.77 | | 251.14 | 361.56 | 2,632.67 |
| MERCEDES - BENZ OF SOUTH AUSTIN | 844.36 | 714.45 | 265.21 | 143.43 | 603.50 | 2,570.95 |
| MINI OF AUSTIN | 92.82 | | | | | 92.82 |
| MV CUSTOMS | | | | | 1,800.00 | 1,800.00 |
| PFLUGERVILLE ISD | 283.50 | | | | | 283.50 |
| PFLUGERVILLE TIRES | | (214.34) | | | | (214.34) |
| QUIKRETE | 1,139.70 | 483.90 | | | | 1,623.60 |
| REAL'S TIRE SERVICE | | | | | (3.00) | (3.00) |
| RENT A TIRE #56-SAN ANTONIO | 146.45 | | | | | 146.45 |
| RENT A TIRE #57-SAN ANTONIO | 217.89 | | | | | 217.89 |
| RICHARD KARR MOTORS | | (24.36) | | | | (24.36) |
| RIDE NOW - GEORGETOWN | 197.29 | | | | | 197.29 |
| RIDE NOW POWERSPORTS-AUSTIN | 248.43 | | | | | 248.43 |
| RIVERSIDE TIRE CENTER | | | | | (100.00) | (100.00) |
| RNR TIRE EXPRESS #1 | 928.79 | | | | | 928.79 |
| RNR TIRE EXPRESS #2 | 506.07 | 384.02 | | | | 890.09 |
| RNR TIRE EXPRESS-KILLEEN | 473.59 | | | | | 473.59 |
| RNR TIRE EXPRESS-WACO | 348.30 | | | | | 348.30 |
| RNR TIRES-HEWITT | 260.61 | | | | | 260.61 |
| RODRIGUEZ TIRE SHOP-Business Closed | | | | | 281.46 | 281.46 |
| ROGER BEASLEY MAZDA CENTRAL AUSTIN | 136.40 | | 5.45 | | | 141.85 |
| ROGER BEASLEY MAZDA SOUTH | 417.85 | | | | | 417.85 |
| ROJAS TIRE SERVICE LLC | | | | (1,860.00) | | (1,860.00) |
| ROLLING RESCUE TIRES | | 1,401.00 | (1,401.00) | | | 0.00 |
| ROUND ROCK HYUNDAI | | (170.50) | | | | (170.50) |
| ROUND ROCK TOYOTA/HONDA | 1,668.94 | 1,297.65 | 221.64 | | | 3,188.23 |
| RUBCORP DISTRIBUTION LLC | | | | | 5,551.67 | 5,551.67 |
| SALAZAR LAWN & USED TIRE SALES | | | | (9.67) | | (9.67) |
| SCOTT WILLIAMS | | | | | 300.00 | 300.00 |
| STEELE CHEVROLET GMC | 68.20 | | | | | 68.20 |
| STM-AUSTIN | 4,400.00 | | | 1,100.00 | | 5,500.00 |
| STM-BRYAN | 3,247.50 | | | | | 3,247.50 |
| STM-SAN ANTONIO #2 | 11,999.06 | | | | | 11,999.06 |
| STM-TYE | 2,165.00 | | | | | 2,165.00 |
| SURETRAC TX | 3,680.50 | | | | | 3,680.50 |
| TDCJ-CLEMENS TRUSTEE CAMP II | | 3,344.00 | | | | 3,344.00 |
| TDCJ-WYNNE UNIT TIRE SHOP | | | | 7,714.00 | (6,710.80) | 1,003.20 |
| T.D.M. TIRE SERVICE | 1,561.78 | | | | | 1,561.78 |
| TIRES & MORE | | | 45.00 | 223.00 | | 268.00 |
| TIRES TO YOU-DROSSETT | | | | | (73.55) | (73.55) |
| TOYOTA OF NORTH AUSTIN #1 | 1,648.11 | 1,358.54 | 560.20 | 224.62 | 687.39 | 4,478.86 |
| TOYOTA OF NORTH AUSTIN #2 | 341.00 | 698.21 | 16.24 | 56.83 | 175.91 | 1,288.19 |
| TRAVIS COUNTY FLEET SERVICES | 1,798.00 | 549.21 | | | (1,223.80) | 1,123.41 |
| TXDOT-DIMMITT | 8,352.40 | | | | | 8,352.40 |
| TXDOT-LITTLEFIELD | 3,784.80 | | | | | 3,784.80 |
| TXDOT-LUBBOCK DISTRICT OFFICE | 1,352.80 | | | | | 1,352.80 |
| TXDOT-ODESSA | 28,393.60 | | | | | 28,393.60 |
| TXDOT-SEMINOLE | | 8,580.40 | | | | 8,580.40 |
| TXDOT-VAN HORN | 42,742.40 | | | | | 42,742.40 |
| VANGUARD VOLKSWAGEN OF NORTH AUSTIN | 217.50 | | | | | 217.50 |

| Customer | Current | 1-30 | 31-60 | 61-90 | 91+ | Total |
|---|---|---|---|---|---|---|
| WACO HYUNDAI | | (10.91) | | | | (10.91) |
| WHITLOCK AUTOMOTIVE | | 19.99 | (19.99) | | | 0.00 |
| WIEST TIRE | | | | | (100.00) | (100.00) |
| **TOTAL (line 25)** | **140,302.63** | **21,831.99** | **992.29** | **9,797.32** | **4,258.72** | **177,182.95** |

Negative amounts are customer credits. Payment is due on each invoice's terms; the columns show how far past due each balance is.

## Line 40 - Profit & Loss | August 9 - September 8, 2026 (QuickBooks Online, accrual basis)

| | Amount |
|---|---:|
| Total income | 358,656.39 |
| Cost of goods sold | 146,016.76 |
| Gross profit | 211,642.05 |
| Operating expenses | 258,690.80 |
| Net operating income | (47,048.75) |
| Other income | 0.06 |
| Net income | (47,048.69) |

QuickBooks figures are on an accrual basis and differ from the cash figures on lines 19-23.

# Navigate Business Checking℠



WELLS FARGO

T7 ENTERPRISES LLC
DBA RELIABLE TIRE DISPOSAL
DEBTOR IN POSESSION
CH11 CASE #26-11103 WTX
132 COUNTY ROAD 305
BURNET TX 78611-4742

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Check your security settings**

Now is a great time to make sure your security settings are up to date before the busy fall, back-to-school, and holiday seasons arrive.

Sign on now and complete a few simple steps in less than 10 minutes:

1. Update and strengthen your password, or better yet get Passkey (it takes just a minute).
2. Ensure we have your current contact information (current mobile number and email).
3. Set up account alerts*, which you can customize for your needs.

Learn more at www.wellsfargo.com/securitytools

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $330.00 |
| Deposits/Credits | 59,231.31 |
| Withdrawals/Debits | - 34,586.92 |
| **Ending balance on 8/31** | **$24,974.39** |

Account number: [redacted]**6438 (primary account)**

**T7 ENTERPRISES LLC**
**DBA RELIABLE TIRE DISPOSAL**
**DEBTOR IN POSESSION**
**CH11 CASE #26-11103 WTX**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.06 |
| Average collected balance | $7,528.78 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.06 |
| Interest paid this year | $0.06 |

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 8/3 | | David Joseph CO Accts Pay 5010313065 Tm*003*20260801\SE*12*000000172\GE*1*23067\Iea*1* | 2,692.99 | | 3,022.99 |
| 8/4 | | Harland Clarke Check/Acc. 080126 2Jkc840903266L8 T7 Enterprises LLC | | 65.50 | |
| 8/4 | | Harland Clarke Check/Acc. 080126 2Jkc616000718L8 T7 Enterprises LLC | | 239.50 | |
| 8/4 | | Purchase authorized on 08/02 Lowes #03002* Marble Falls TX S466214750981798 Card 0701 | | 122.11 | |
| 8/4 | | Purchase authorized on 08/03 Silver Creek Mater 012-345-6789 TX S306215505952509 Card 9044 | | 500.00 | 2,095.88 |
| 8/6 | | Purchase authorized on 08/05 Circlek #2741559 Burnet TX S466217721881515 Card 0701 | | 350.00 | 1,745.88 |
| 8/7 | | Purchase authorized on 08/06 Atob-Fleet Atob.Com CA S306218567645762 Card 9044 | | 1,500.00 | 245.88 |
| 8/10 | | David Joseph CO Accts Pay 5010315071 003*20260808\SE*12*000000314\GE*1*23170\Iea*1*000 | 2,024.46 | | 2,270.34 |
| 8/14 | | David Joseph CO Accts Pay 5010316119 003*20260814\SE*12*000000320\GE*1*23251\Iea*1*000 | 2,990.10 | | 5,260.44 |
| 8/17 | | Purchase authorized on 08/16 Best Buy 0000691 Georgetown TX S466228796556206 Card 9044 | | 97.41 | 5,163.03 |
| 8/18 | | Purchase authorized on 08/17 Amazon Mktpl*5A0Sj Amzn.Com/Bill WA S586229693891210 Card 9044 | | 80.60 | |
| 8/18 | | Purchase authorized on 08/17 Pedernales Electri Https://WWW.F TX S586229745429327 Card 9044 | | 477.97 | |
| 8/18 | | Citi Card Online Payment 260817 432094938082078 Dawna Thomas | | 2,549.65 | 2,054.81 |
| 8/21 | | Deposit | 8,026.67 | | 10,081.48 |
| 8/24 | | Deposit | 4,396.58 | | |
| 8/24 | | Deposit | 11,855.57 | | |
| 8/24 | | Purchase authorized on 08/23 Tractor Supply #29 Burnet TX S386235569379992 Card 0701 | | 32.43 | |

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/24 | | Purchase authorized on 08/23 Best Buy #235 Corpus Christ TX P356235574715871 Card 9044 | | 1,623.73 | 24,677.47 |
| 8/25 | | Purchase authorized on 08/24 Southern Tire Mart 601-424-3256 TX S586236577184751 Card 9044 | | 60.00 | 24,617.47 |
| 8/26 | | Deposit | 7,747.96 | | 32,365.43 |
| 8/27 | | Deposit | 5,058.54 | | |
| 8/27 | | Dep Adj-List of Checks Not Included | 0.01 | | |
| 8/27 | | Deposit | 6,011.66 | | |
| 8/27 | | Purchase authorized on 08/26 Dan's Tire Service Brownwood TX S466238742801348 Card 9044 | | 468.00 | |
| 8/27 | | Purchase authorized on 08/26 Eform2290*-Form229 Eform2290.Com CA S356238760325726 Card 9044 | | 64.94 | 42,902.70 |
| 8/28 | | Purchase authorized on 08/27 O'Reilly 636 Burnet TX S356239508889205 Card 0701 | | 43.28 | |
| 8/28 | | Purchase authorized on 08/27 Repairs Advisor Hong Kong Hkg S356239696948844 Card 0701 | | 56.99 | |
| 8/28 | | Purchase authorized on 08/27 USPS PO 4812600020 Burnet TX S356239730975865 Card 9044 | | 112.72 | |
| 8/28 | 1031 | Check | | 21,000.00 | 21,689.71 |
| 8/31 | | Deposit | 8,426.71 | | |
| 8/31 | | Purchase authorized on 08/27 Hoover Building Su 512-7562138 TX S346239543653806 Card 0701 | | 15.56 | |
| 8/31 | | Purchase authorized on 08/27 Paypal *Nguyentanq 402-935-7733 CA S306239602559114 Card 0701 | | 30.00 | |
| 8/31 | | Purchase authorized on 08/27 Paypal *Hominhkhoi 402-935-7733 CA S356239638655862 Card 0701 | | 50.00 | |
| 8/31 | | Purchase authorized on 08/28 O'Reilly 636 Burnet TX S386240615881166 Card 0701 | | 46.53 | |
| 8/31 | < | Business to Business ACH Debit - The Lane Law Fir Corp Coll T7 Tire Disposal | | 5,000.00 | |
| 8/31 | | Interest Payment | 0.06 | | 24,974.39 |
| **Totals** | | | **$59,231.31** | **$34,586.92** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1031 | 8/28 | 21,000.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2026 - 08/31/2026 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |

***Monthly service fee summary (continued)***

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| • Minimum daily balance | $10,000.00 | $245.88 | ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $8,880.83 | ☐ |

- Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus
- Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus
- Average ledger balance in your Business Time Account (CD)

WK/WK

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,700 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 83 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

TIP **Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Earn unlimited 2% cash rewards* on your business purchases with the Signify Business Cash® Credit Card**

Start earning rewards on your everyday business expenses and easily redeem them to your account**, invest them back into your business, or use them to jump start your next big idea. With no caps or categories to track, the Signify Business Cash credit card is designed to be deliberately simple.

- Earn a **$500 cash rewards bonus** when you **spend $5,000** in purchases for your business in the **first 3 months.*****
- Earn unlimited 2% cash rewards on purchases for your business - without caps or spending categories.*
- $0 Annual Fee****

To learn more about Signify Business Cash and how to apply, **visit wellsfargo.com/signifycard**

***Important Disclosures***

* 2% cash rewards are earned for every $1 spent in qualifying purchases, made on Business Card account(s), rounded to the nearest one cent. "Qualifying purchases" are net purchases (purchases minus returns/credits) and exclude cash advances and cash equivalents of any kind (such as ATM charges, overdraft protection advance, traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); balance transfers including the use of SUPERCHECKS; disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); and gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Refer to the **Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at** www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for further details.

** Redeem for Purchases allows you to redeem your Wells Fargo Business Rewards online for a statement credit to your eligible Wells Fargo business credit card account. To be eligible for Redeem for Purchases, each transaction must be $1 or more and you must have enough rewards to redeem for the entire amount of the transaction. Statement credits are applied to your outstanding balance and you are still required to make any payment due on your account. Rewards redeemed for purchases will be deducted from your rewards account balance immediately and all rewards redemptions are final. Statement credits will post to your account in 5 - 7 business days. Redeem for Purchases is offered subject to the Wells Fargo Business Rewards Program Terms and Conditions applicable to your card. For additional details visit Wells Fargo: Business Rewards Terms at **wellsfargo.com/bizrewards** and navigate to the Redeem for Purchases section.

*** To qualify for the $500 cash rewards bonus, a total of at least $5,000 in qualifying net purchases (purchases minus returns/credits) must post to your account within 3 months from the date your account is opened. The bonus cash rewards will show as redeemable within 60 days after they are earned. "Purchases" that do not apply to this offer and do not earn cash rewards include: cash advances and cash equivalents of any kind (such as ATM charges, cash advances (including overdraft protection advance), traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Cash advances may affect the credit line available for this offer. Refer to the **Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at** www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for more information about the rewards program.

**** The introductory APR for purchases is 0% for 12 months from account opening. After that, a variable APR of 16.74% to 24.74% based on your creditworthiness and that of your business will apply. The variable APR for cash advances is 29.49%. These APRs will vary with the market based on the U.S. Prime Rate and are subject to a maximum APR of 29.99%. Minimum interest charge will be no less than $1.00. There is no annual fee. A cash advance fee of either $10 or 5% of the amount of each advance, whichever is greater, applies. A foreign currency conversion/foreign transaction fee of 3% of each transaction applies. A late payment fee of up to $40 will apply. This information about the cost of the credit card account described here is accurate as of 12/31/2025. To find out what may have changed, call 1-833-441-0793. The Signify Business Cash® Card is issued by Wells Fargo Bank, N.A.

---

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ______________
$ ______________
$ ______________
\+ $ ______________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801