**Fill in this information to identify the case:**

Debtor Name T7 Enterprises LLC d/b/a Reliable Tire Disposal

United States Bankruptcy Court for the: Western District of Texas

Case number: 26-11103-smr

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: September 2026

Date report filed: ____________ MM / DD / YYYY

Line of business: Tire disposal

NAISC code: 562111

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Gary Thomas

Original signature of responsible party: *Gary Thomas*

Printed name of responsible party: Gary Thomas

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name T7 Enterprises LLC d/b/a Reliable Tire Disposal Case number 26-11103-smr

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 1.#R

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 1.#R

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. − $ 1.#R

22. **Net cash flow** + $ 1.#R

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 1.#R

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 1.#R

*(Exhibit E)*

Debtor Name T7 Enterprises LLC d/b/a Reliable Tire Disposal    Case number 26-11103-smr

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 1.#R

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 37

27. What is the number of employees as of the date of this monthly report? 29

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 1.#R

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 1.#R | – | $ 1.#R | = | $ 1.#R |
| 33. **Cash disbursements** | $ 1.#R | – | $ 1.#R | = | $ 1.#R |
| 34. **Net cash flow** | $ 908.00 | – | $ 1.#R | = | $ 1.#R |

35. Total projected cash receipts for the next month: $ 1.#R

36. Total projected cash disbursements for the next month: - $ 1.#R

37. Total projected net cash flow for the next month: = $ 1.#R

Debtor Name T7 Enterprises LLC d/b/a Reliable Tire Disposal Case number 26-11103-smr

## 8. Additional Information

**If available, check the box to the left and attach copies of the following documents.**

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

## EXHIBIT A - Explanations for "No" Answers (Lines 1-9) | September 9 - September 18, 2026

**Line 3 - Have you paid all of your bills on time? Answer: No.** As of 09/18/2026, the Debtor's QuickBooks accounts payable aging shows $234,885.64 of post-petition payables 1-90 days past due (1-30 days $144,692.79; 31-60 days $25,156.92; 61-90 days $65,035.93). See Exhibit E.

**Line 5 - Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? Answer: No.** Customer receipts continued to be deposited to operating account #...2968 at Hill Country / Llano National Bank (non-DIP). The Wells Fargo DIP account #...6438 had no deposits in this period. Both accounts are reported in Part 2 of this report.

## EXHIBIT B - Explanations for "Yes" Answers (Lines 10-18) | September 9 - September 18, 2026

**Line 10 - Do you have any bank accounts open other than the DIP accounts? Answer: Yes.** Operating account #...2968 at Hill Country / Llano National Bank (non-DIP), reported in full in Part 2 of this report.

**Line 12 - Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? Answer: Yes.** On 09/18/2026 the operating account transferred: (a) $4,068.06 to account #...4162 (GAD Tire, an entity related to the Debtor's principals) for tires for the state-route skid steer; (b) $3,000.00 to the principals' personal account #...0822, repaying the $3,000.00 the principals transferred in on 08/07/2026 to cover payroll; and (c) $4,000.00 to the principals' personal account #...5453, repaying the $4,000.00 transferred in from that account on 09/11/2026 to cover payroll.

**Line 15 - Have you borrowed money from anyone or has anyone made any payments on your behalf? Answer: Yes.** On 09/11/2026 the principals transferred $4,000.00 from account #...5453 and $2,000.00 from account #...4009 into the operating account to cover the 09/11/2026 payroll (Paycom, $34,012.37). The $4,000.00 was repaid on 09/18/2026 (see line 12).

**Payroll by wire.** The $31,554.35 wire on 09/09/2026 was payroll funded to Paycom.

## Summary of Cash Activity by Account (Form 425C Part 2) | September 9 - September 18, 2026

| Account | Opening | Receipts | Disbursements | Ending (bank) |
|---|---|---|---|---|
| Llano National Bank #...2968 (non-DIP) | 33,160.77 | 238,850.61 | 121,832.63 | 150,178.75 |
| Wells Fargo #...6438 (DIP) | 215.33 | 0.00 | 0.00 | 215.33 |
| **TOTAL - Form 425C lines 19-23** | **33,376.10** | **238,850.61** | **121,832.63** | **150,394.08** |

# EXHIBIT C - Cash Receipts | September 9 - September 18, 2026

All cash received into the Debtor's accounts during the period, from the bank records for both accounts.

| Date | Account | Received from / description | Type | Amount |
|---|---|---|---|---:|
| 09/09/2026 | Llano ...2968 | TX Dept of Transportation INV-PAYMTS | Customer payment - TxDOT | 3,784.80 |
| 09/09/2026 | Llano ...2968 | Square Inc/SQ260909 | Card sales (Square) | 324.53 |
| 09/09/2026 | Llano ...2968 | Deposit #163 | Customer deposits | 3,944.78 |
| 09/10/2026 | Llano ...2968 | Square Inc/SQ260910 | Card sales (Square) | 1,828.26 |
| 09/10/2026 | Llano ...2968 | Travis County Payments | Customer payment - government | 1,798.00 |
| 09/10/2026 | Llano ...2968 | Deposit #165 | Customer deposits | 6,965.32 |
| 09/10/2026 | Llano ...2968 | Deposit #164 | Customer deposits | 2,051.02 |
| 09/11/2026 | Llano ...2968 | Internet Transfer From 5453 | Principal funds to cover 09/11 payroll | 4,000.00 |
| 09/11/2026 | Llano ...2968 | Internet Transfer From 4009 | Principal funds to cover 09/11 payroll | 2,000.00 |
| 09/11/2026 | Llano ...2968 | Square Inc/SQ260911 | Card sales (Square) | 481.58 |
| 09/11/2026 | Llano ...2968 | Deposit #167 | Customer deposits | 7,911.46 |
| 09/11/2026 | Llano ...2968 | Deposit #168 | Customer deposits | 6,342.91 |
| 09/11/2026 | Llano ...2968 | Deposit #166 | Customer deposits | 3,318.00 |
| 09/14/2026 | Llano ...2968 | Square Inc/SQ260914 | Card sales (Square) | 1,220.58 |
| 09/14/2026 | Llano ...2968 | Deposit #170 | Customer deposits | 76,406.07 |
| 09/14/2026 | Llano ...2968 | Deposit #169 | Customer deposits | 10,235.38 |
| 09/14/2026 | Llano ...2968 | Deposit #171 | Customer deposits | 2,452.42 |
| 09/15/2026 | Llano ...2968 | TX Dept Criminal Justice INV-PAYMTS | Customer payment - government | 3,344.00 |
| 09/15/2026 | Llano ...2968 | Square Inc/SQ260915 | Card sales (Square) | 504.26 |
| 09/15/2026 | Llano ...2968 | Deposit #172 | Customer deposits | 6,330.41 |
| 09/16/2026 | Llano ...2968 | Square Inc/SQ260916 | Card sales (Square) | 262.21 |
| 09/16/2026 | Llano ...2968 | Deposit #173 | Customer deposits | 7,643.90 |
| 09/17/2026 | Llano ...2968 | POS Return - Bobcat of Marble Falls | Refund / adjustment / interest | 182.50 |
| 09/17/2026 | Llano ...2968 | TX Dept of Transportation INV-PAYMTS | Customer payment - TxDOT | 33,029.60 |
| 09/17/2026 | Llano ...2968 | TX Dept of Transportation INV-PAYMTS | Customer payment - TxDOT | 18,019.60 |
| 09/17/2026 | Llano ...2968 | TX Dept of Transportation INV-PAYMTS | Customer payment - TxDOT | 1,352.80 |
| 09/17/2026 | Llano ...2968 | Square Inc/SQ260917 | Card sales (Square) | 367.05 |
| 09/17/2026 | Llano ...2968 | Deposit #174 | Customer deposits | 7,361.47 |
| 09/17/2026 | Llano ...2968 | Deposit #175 | Customer deposits | 2,100.00 |
| 09/18/2026 | Llano ...2968 | Square Inc/SQ260918 | Card sales (Square) | 329.08 |
| 09/18/2026 | Llano ...2968 | Deposit #176 | Customer deposits | 22,958.62 |
| **TOTAL (line 20)** | | | | **238,850.61** |

## EXHIBIT D - Cash Disbursements | September 9 - September 18, 2026

All payments made from the Debtor's accounts during the period, from the bank records for both accounts. Checks are listed by check number as shown on the bank records.

| Date | Account | Paid to / description | Purpose | Amount |
|---|---|---|---|---|
| 09/09/2026 | Llano ...2968 | Outgoing Wire Fee | Bank charges | 15.00 |
| 09/09/2026 | Llano ...2968 | McKinney Vehicle BillPay | Trailer rental - McKinney | 1,317.04 |
| 09/09/2026 | Llano ...2968 | HCTRA EFT TollPayWeb | Tolls | 653.10 |
| 09/09/2026 | Llano ...2968 | HCTRA EFT TollPayWeb | Tolls | 367.32 |
| 09/09/2026 | Llano ...2968 | HCTRA EFT TollPayWeb | Tolls | 50.15 |
| 09/09/2026 | Llano ...2968 | Wire Transfer Debit | Payroll (PAYCOM) - by wire | 31,554.35 |
| 09/09/2026 | Llano ...2968 | OpenAI ChatGPT | Software / subscriptions | 95.76 |
| 09/10/2026 | Llano ...2968 | Temple Freightliner (check) | Check | 1,678.53 |
| 09/10/2026 | Llano ...2968 | RMA Toll | Tolls | 508.22 |
| 09/10/2026 | Llano ...2968 | RMA Toll | Tolls | 266.53 |
| 09/10/2026 | Llano ...2968 | NTTA Online | Tolls | 182.96 |
| 09/10/2026 | Llano ...2968 | RMA Toll | Tolls | 149.74 |
| 09/11/2026 | Llano ...2968 | Check 2104 | Check | 151.06 |
| 09/11/2026 | Llano ...2968 | Coops Tire Shop | Operating expense / supplies | 860.52 |
| 09/11/2026 | Llano ...2968 | Insufficient/Overdraft Fee | Bank charges / returned item | 25.00 |
| 09/11/2026 | Llano ...2968 | PAYCOM payroll | Payroll (PAYCOM) | 34,012.37 |
| 09/14/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 4,000.00 |
| 09/14/2026 | Llano ...2968 | Kelmar Safety | Operating expense / supplies | 62.90 |
| 09/14/2026 | Llano ...2968 | OpenAI ChatGPT | Software / subscriptions | 95.76 |
| 09/14/2026 | Llano ...2968 | OpenAI ChatGPT | Software / subscriptions | 95.76 |
| 09/14/2026 | Llano ...2968 | RMA Toll | Tolls | 8.72 |
| 09/14/2026 | Llano ...2968 | RMA Toll | Tolls | 152.33 |
| 09/14/2026 | Llano ...2968 | RMA Toll | Tolls | 31.38 |
| 09/14/2026 | Llano ...2968 | OpenAI ChatGPT | Software / subscriptions | 170.24 |
| 09/15/2026 | Llano ...2968 | HCTRA EFT TollPayWeb | Tolls | 63.69 |
| 09/15/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,500.00 |
| 09/15/2026 | Llano ...2968 | Bobcat of Marble Falls | Operating expense / supplies | 182.50 |
| 09/16/2026 | Llano ...2968 | Check 2079 | Check | 135.24 |
| 09/16/2026 | Llano ...2968 | AtoB Wallet Topup | Fuel (AtoB fuel card) | 3,000.00 |
| 09/16/2026 | Llano ...2968 | ADP 401k | Payroll - 401(k) | 122.92 |
| 09/16/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,500.00 |
| 09/16/2026 | Llano ...2968 | AtoB-Fleet | Fuel (AtoB fuel card) | 1,500.00 |
| 09/16/2026 | Llano ...2968 | Tractor Supply #2929 Burnet | Operating expense / supplies | 227.17 |
| 09/16/2026 | Llano ...2968 | OpenAI ChatGPT | Software / subscriptions | 95.76 |
| 09/16/2026 | Llano ...2968 | Circle K #2741559 Burnet | Operating expense / supplies | 96.45 |
| 09/17/2026 | Llano ...2968 | PAYCOM payroll | Payroll (PAYCOM) | 25,589.10 |
| 09/17/2026 | Llano ...2968 | Adobe Inc | Software / subscriptions | 21.24 |
| 09/18/2026 | Llano ...2968 | Internet Transfer To 4162 | GAD Tire - tires for state-route skid steer | 4,068.06 |
| 09/18/2026 | Llano ...2968 | Internet Transfer To 5453 | Repayment to principal - 09/11 payroll funds | 4,000.00 |
| 09/18/2026 | Llano ...2968 | Internet Transfer To 0822 | Repayment to principal - 08/07 payroll funds | 3,000.00 |
| 09/18/2026 | Llano ...2968 | Starlink Internet | Utilities / telecom | 130.00 |
| 09/18/2026 | Llano ...2968 | OpenAI ChatGPT | Software / subscriptions | 95.76 |
| **TOTAL (line 21)** | | | | **121,832.63** |

# EXHIBIT E - Unpaid Post-Petition Bills as of 09/18/2026 | QuickBooks A/P Aging Summary

| Vendor | Current | 1-30 | 31-60 | 61-90 | Post-petition total |
|---|---|---|---|---|---|
| A-LINE AUTO PARTS | | | | 508.58 | 508.58 |
| ALL AMERICAN TIRE RECYCLERS | | | 10,800.00 | 9,000.00 | 19,800.00 |
| BURNET COUNTY TAX ACC | | 963.25 | 252.30 | | 1,215.55 |
| CHAPMAN WRECKER SERVICE | | 1,072.50 | 1,320.00 | | 2,392.50 |
| CINTAS | 382.19 | | | | 382.19 |
| CITY OF MIDLAND LANDFILL | | 876.56 | | | 876.56 |
| FIRST INSURANCE FUNDING | 28,153.82 | 43,671.95 | | | 71,825.77 |
| HCTRA- VIOLATIONS | 1,894.97 | | | | 1,894.97 |
| HOOVER BUILDING SUPPLY, INC | | | | 261.91 | 261.91 |
| MCKINNEY TRAILER RENTALS | | | 1,373.52 | 1,317.04 | 2,690.56 |
| POWERSCREEN TEXAS INC | | 47,105.00 | | | 47,105.00 |
| RMA TOLL | 3,098.77 | | | | 3,098.77 |
| SAS TOWING AND RECOVERY | | | 350.00 | 413.00 | 763.00 |
| STRIPES | | | | 32,564.20 | 32,564.20 |
| SUNBELT RENTALS | | | 11,061.10 | | 11,061.10 |
| WASTE MANAGEMENT WILLIAMSON COUNTY LANDFILL | 57,939.48 | 30,048.53 | | | 87,988.01 |
| XTRA LEASE | 21,096.60 | 20,955.00 | | 20,971.20 | 63,022.80 |
| **TOTAL (line 24)** | **112,565.83** | **144,692.79** | **25,156.92** | **65,035.93** | **347,451.47** |

Post-petition payables are the Current through 61-90 day columns of the QuickBooks A/P aging, the same method used on the July 2026 report. Balances aged 91+ days (807,987.64) are pre-petition and are not included.

# EXHIBIT F - Money Owed to the Debtor as of 09/18/2026 | QuickBooks A/R Aging Summary

| Customer | Current | 1-30 | 31-60 | 61-90 | 91+ | Total |
|---|---|---|---|---|---|---|
| AAR INCORPORATED | | (1,095.49) | | | | (1,095.49) |
| ACE TIRE & RIMS | | | | | 164.00 | 164.00 |
| AFFORDABLE TIRE, INC. | | | | 38.95 | (38.95) | 0.00 |
| ALL AMERICAN CHEVROLET OF KILLEEN L236 | | | | 83.60 | | 83.60 |
| ALPHA ONE FORD | | 381.58 | | | | 381.58 |
| ATD-AUSTIN | | | | | 2,192.06 | 2,192.06 |
| ATD-BEAUMONT | | | | | 1,948.50 | 1,948.50 |
| ATD-CORPUS CHRISTI | | | | | 4,384.12 | 4,384.12 |
| ATD-HOUSTON | | | | | 3,464.00 | 3,464.00 |
| ATD-MCALLEN | | | | | 3,031.00 | 3,031.00 |
| ATD-MISSOURI CITY | | | | | 1,732.00 | 1,732.00 |
| ATD-SAN ANTONIO | | | | | 10,960.30 | 10,960.30 |
| BATES NISSAN | | | | (166.71) | | (166.71) |
| BELL COUNTY ROAD & BRIDGE | 468.50 | | | | | 468.50 |
| BMW OF AUSTIN | 744.49 | | | | | 744.49 |
| BURNET TIRE & AUTOMOTIVE | | | | | (9.36) | (9.36) |
| BYRIDER #2- Business CLOSED | | | | | 329.54 | 329.54 |
| CALDWELL COUNTRY CHEVROLET | 384.29 | | | | | 384.29 |
| CAPITOL CHEVROLET | 91.58 | | | | | 91.58 |
| CARVANA-SAN ANTONIO | 411.84 | 663.00 | | | | 1,074.84 |
| CECIL ATKISSION MOTORS-KERRVILLE | 273.33 | | | | | 273.33 |
| CEDAR PARK NISSAN | 312.57 | 241.12 | 235.17 | 92.28 | 267.92 | 1,149.06 |
| CEMEX | | | | | (27,292.52) | (27,292.52) |
| CITY OF AUSTIN-ARR | 3,958.00 | | | | | 3,958.00 |
| CITY OF FREDERICKSBURG | 213.25 | | | | | 213.25 |
| CITY OF HARKER HEIGHTS | | | 808.50 | 1,288.00 | | 2,096.50 |
| CITY OF LOCKHART | 664.00 | | | | | 664.00 |
| CITY OF PFLUGERVILLE PUBLICWORKS | 615.00 | | | | | 615.00 |
| COLLEGE STATION FORD | | (63.00) | | | | (63.00) |
| COVERT CHEVROLET, INC-BASTROP | 769.66 | | | | | 769.66 |
| CROW'S TRUCK AND AUTO REPAIR | | | | | 51.76 | 51.76 |
| CYCLE GEAR- KILLEEN | 211.09 | | | | | 211.09 |
| DANIEL'S TIRE SHOP #1 | | | | | 3.00 | 3.00 |
| DON RINGLER TOYOTA &CHEVROLET; | 112.58 | | | | | 112.58 |
| EDGESTONE AUTOMOTIVE - LH | | | | | (2.00) | (2.00) |
| EUROPEAN MOTORWERKS #1 | | | | | (0.04) | (0.04) |
| GRIMES CO. ENVIRONMENTAL DEPT. | 1,800.00 | | | | | 1,800.00 |
| GUERRERO TIRE SHOP - CP | 39.51 | | | | | 39.51 |
| HAMONS AUTO & DIESEL REPAIR | | | | | 226.84 | 226.84 |
| HAMRICK'S AUTOMOTIVE | | | | 1,645.67 | | 1,645.67 |
| HYUNDAI OF LEANDER | 80.50 | | | | | 80.50 |
| I-40 TRUCK SALES | | | (2,080.00) | | | (2,080.00) |
| INTERNATIONAL MOTORS | | | (7.57) | | | (7.57) |
| JAVELINA HARLEY DAVIDSON | | | 359.93 | | | 359.93 |
| JIM HOFFPAUIR INC. | 350.73 | | | | | 350.73 |
| JOHNSON BROTHERS FORD II LTD | 488.21 | | | | | 488.21 |
| JOHNSON SEWELL | 199.19 | 179.70 | | | | 378.89 |
| JT AUTOWORKS & TIRES (closed) | | | | | 324.75 | 324.75 |
| KIA OF SOUTH AUSTIN | 196.47 | 273.87 | | | 142.89 | 613.23 |
| KILLEEN FORD | | 806.25 | | | | 806.25 |
| KINGDOM TIRE PROS | | | | | 1,500.00 | 1,500.00 |
| KLINGEMANN CAR CARE & TIRE PROS | 529.34 | | | | | 529.34 |
| LAMBS #12 | | | | | (186.73) | (186.73) |

| Customer | Current | 1-30 | 31-60 | 61-90 | 91+ | Total |
|---|---|---|---|---|---|---|
| LEAL'S TIRE SERVICE | | | | | (243.57) | (243.57) |
| LEIF JOHNSON FORD | 160.21 | | | | | 160.21 |
| LEXUS OF AUSTIN | 619.46 | 839.21 | | | | 1,458.67 |
| LEXUS OF LAKEWAY | 329.62 | | | | | 329.62 |
| LONG'S AUTOMOTIVE | | (9.70) | | | | (9.70) |
| MAXWELL FORD | 1,052.20 | 493.63 | 474.14 | | 612.70 | 2,632.67 |
| MERCEDES - BENZ OF SOUTH AUSTIN | 717.17 | 487.12 | 619.73 | 143.43 | 603.50 | 2,570.95 |
| MINI OF AUSTIN | 51.15 | | | | | 51.15 |
| MV CUSTOMS | | | | | 1,800.00 | 1,800.00 |
| OPERATIONS BUILDING TIRE SHOP | 1,800.00 | | | | | 1,800.00 |
| PFLUGERVILLE ISD | 283.50 | | | | | 283.50 |
| PFLUGERVILLE TIRES | | (214.34) | | | | (214.34) |
| QUIKRETE | 599.70 | 1,023.90 | | | | 1,623.60 |
| REAL'S TIRE SERVICE | | | | | (3.00) | (3.00) |
| RENT A TIRE #56-SAN ANTONIO | 146.45 | | | | | 146.45 |
| RENT A TIRE #57-SAN ANTONIO | 217.89 | | | | | 217.89 |
| RICHARD KARR MOTORS | | (24.36) | | | | (24.36) |
| RIDE NOW POWERSPORTS-AUSTIN | | 248.43 | | | | 248.43 |
| RIVERSIDE TIRE CENTER | | | | | (100.00) | (100.00) |
| RNR TIRE EXPRESS #1 | 872.22 | 309.60 | | | | 1,181.82 |
| RNR TIRE EXPRESS #2 | 779.94 | | | | | 779.94 |
| RNR TIRE EXPRESS-KILLEEN | 458.34 | | | | | 458.34 |
| RNR TIRES-HEWITT | 172.93 | | | | | 172.93 |
| RODRIGUEZ TIRE SHOP-Business Closed | | | | | 281.46 | 281.46 |
| ROGER BEASLEY MAZDA CENTRAL AUSTIN | 116.28 | | | 5.45 | | 121.73 |
| ROGER BEASLEY MAZDA OF LEANDER | 469.81 | | | | | 469.81 |
| ROGER BEASLEY MAZDA SOUTH | 357.23 | | | | | 357.23 |
| ROJAS TIRE SERVICE LLC | | | | | (1,860.00) | (1,860.00) |
| ROLLING RESCUE TIRES | | | 1,401.00 | (1,401.00) | | 0.00 |
| ROUND ROCK HYUNDAI | | (170.50) | | | | (170.50) |
| ROUND ROCK TOYOTA/HONDA | 825.95 | 1,110.10 | 1,297.65 | 221.64 | | 3,455.34 |
| RUBCORP DISTRIBUTION LLC | | | | | 5,551.67 | 5,551.67 |
| SALAZAR LAWN & USED TIRE SALES | | | | (9.67) | | (9.67) |
| SCOTT WILLIAMS | | | | | 300.00 | 300.00 |
| SPUR CHEVROLET BUICK GMC LLC | 59.75 | | | | | 59.75 |
| STM-AUSTIN | 2,739.99 | 3,300.00 | | | | 6,039.99 |
| STM-BRYAN | 1,082.50 | 1,082.50 | | | | 2,165.00 |
| STM-SAN ANTONIO #2 | 5,999.03 | 4,800.02 | | | | 10,799.05 |
| STM-SCHERTZ | 2,700.00 | | | | | 2,700.00 |
| STM-TYE | | 2,165.00 | | | | 2,165.00 |
| TDCJ-WYNNE UNIT TIRE SHOP | | | | | 1,003.20 | 1,003.20 |
| T.D.M. TIRE SERVICE | 1,561.78 | | | | | 1,561.78 |
| TEXAS DISPOSAL SYSTEMS #1 | 1,800.00 | | | | | 1,800.00 |
| TIRES & MORE | | | 45.00 | 223.00 | | 268.00 |
| TIRES TO YOU-DROSSETT | | | | | (73.55) | (73.55) |
| TOYOTA OF NORTH AUSTIN #1 | 1,409.96 | 871.41 | 1,285.48 | | 912.01 | 4,478.86 |
| TOYOTA OF NORTH AUSTIN #2 | 289.58 | 606.20 | 159.67 | | 232.74 | 1,288.19 |
| TRAVIS COUNTY FLEET SERVICES | | 549.21 | | | (1,223.80) | (674.59) |
| TXDOT-DIMMITT | 8,352.40 | | | | | 8,352.40 |
| TXDOT-LEAKEY | 3,161.60 | | | | | 3,161.60 |
| TXDOT-ODESSA | | 10,374.00 | | | | 10,374.00 |
| TXDOT-SEMINOLE | | 8,580.40 | | | | 8,580.40 |
| TXDOT-VAN HORN | | 9,712.80 | | | | 9,712.80 |
| VANGUARD VOLKSWAGEN OF NORTH AUSTIN | 217.50 | | | | | 217.50 |
| WACO HYUNDAI | | (10.91) | | | | (10.91) |
| WHITLOCK AUTOMOTIVE | | 19.99 | (19.99) | | | 0.00 |

| Customer | Current | 1-30 | 31-60 | 61-90 | 91+ | Total |
|---|---|---|---|---|---|---|
| WIEST TIRE | | | | | (100.00) | (100.00) |
| **TOTAL (line 25)** | **52,318.27** | **47,530.74** | **4,578.71** | **2,164.64** | **10,886.44** | **117,478.80** |

Negative amounts are customer credits. Payment is due on each invoice's terms; the columns show how far past due each balance is.

## Line 40 - Profit & Loss | September 9 - September 18, 2026 (QuickBooks Online, accrual basis)

| | Amount |
|---|---:|
| Total income | 100,056.53 |
| Cost of goods sold | 46,210.69 |
| Gross profit | 53,845.84 |
| Operating expenses | 125,921.70 |
| Net operating income | (72,075.86) |
| Net income | (72,075.86) |

QuickBooks figures are on an accrual basis and differ from the cash figures on lines 19-23.

# Navigate Business Checking SM



WELLS FARGO

T7 ENTERPRISES LLC
DBA RELIABLE TIRE DISPOSAL
132 COUNTY ROAD 305
BURNET TX 78611-4742

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Strengthen Your Security Before Peak Shopping Season**

Fraud increases in the fall and during the busy holiday shopping season. Help protect your account by taking advantage of the security tools already available to you:

**1) Add your card to a digital wallet**(1)
- Pay conveniently and securely both in-store and online.
- Your card number remains private, helping to protect your account and information.

**2) Know how to turn your credit or debit card on or off**(2)
- Misplaced your card? No problem.
- Turning your card off can help stop unauthorized use until you find it again.

**3) Enable two-factor authentication**
- Add a second layer of account protection.
- Help detect and prevent unauthorized access to your accounts if your password is stolen.

The best part? It takes less than 10 minutes to set up. Just sign-on to the Wells Fargo Mobile® app(3) now to add these features.

WELLS FARGO

1. Digital wallets may not be available on all devices.
2. Turning off your card is not a replacement for reporting your card lost or stolen. Contact us immediately if you believe that unauthorized transactions have been made. Turning your card off will not stop card transactions presented as recurring transactions or the posting of refunds, reversals, or credit adjustments to your account. Any digital card numbers linked to the card will also be turned off. For debit cards, turning off your card will not stop transactions using other cards linked to your deposit account. For credit cards, turning off your card will turn off all cards associated with your credit card account.
3. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $24,974.39 |
| Deposits/Credits | 0.02 |
| Withdrawals/Debits | - 24,784.06 |
| **Ending balance on 9/30** | **$190.35** |

Account number: [redacted]**438 (primary account)**

**T7 ENTERPRISES LLC**
**DBA RELIABLE TIRE DISPOSAL**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $1,909.49 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.08 |

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 9/1 | | Deposited Item Retn Unpaid - Paper 260901 | | 520.95 | |
| 9/1 | | Purchase authorized on 08/31 Southern Tire Mart 601-424-3256 TX S386243774786746 Card 9044 | | 291.80 | |
| 9/1 | | Purchase authorized on 08/31 Southern Tire Mart 601-424-3256 TX S466243775667069 Card 9044 | | 389.23 | 23,772.41 |
| 9/3 | 1033 | Check | | 22,500.00 | 1,272.41 |
| 9/4 | 1002 | Cashed Check | | 393.65 | 878.76 |
| 9/8 | | Purchase authorized on 09/07 Pedernales Electri WWW.Pec.Coop TX S346250474560090 Card 9044 | | 479.55 | |
| 9/8 | 1003 | Check | | 183.88 | 215.33 |
| 9/30 | | Interest Payment | 0.02 | | |
| 9/30 | | Monthly Service Fee | | 25.00 | 190.35 |
| **Totals** | | | **$0.02** | **$24,784.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

WELLS FARGO

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 1002 | 9/4 | 393.65 | 1003 | 9/8 | 183.88 | 1033 * | 9/3 | 22,500.00 |

* *Gap in check sequence.*

**Items returned unpaid**

| *Date* | *Description* | *Amount* |
|---|---|---|
| 9/9 | The Lane Law Fir Corp Coll T7 Tire Disposal Reference # 114000093057162 | 2,500.00 |
| 9/21 | Leadventure Ari 8773731173 260917 T7 Enterprises LLC Reference # 242071757537212 | 399.73 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2026 - 09/30/2026 | Standard monthly service fee $25.00 | You paid $25.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $10,000.00 | $215.33 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $1,967.91 ☐ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account (CD) | | |

WK/WK

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

TIP

**Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

WELLS FARGO

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Earn unlimited 2% cash rewards* on your business purchases with the Signify Business Cash® Credit Card**

Start earning rewards on your everyday business expenses and easily redeem them to your account**, invest them back into your business, or use them to jump start your next big idea. With no caps or categories to track, the Signify Business Cash credit card is designed to be deliberately simple.

- Earn a **$500 cash rewards bonus** when you **spend $5,000** in purchases for your business in the **first 3 months.*****
- Earn unlimited 2% cash rewards on purchases for your business - without caps or spending categories.*
- $0 Annual Fee****

To learn more about Signify Business Cash and how to apply, **visit wellsfargo.com/signifycard**

***Important Disclosures***
* 2% cash rewards are earned for every $1 spent in qualifying purchases, made on Business Card account(s), rounded to the nearest one cent. "Qualifying purchases" are net purchases (purchases minus returns/credits) and exclude cash advances and cash equivalents of any kind (such as ATM charges, overdraft protection advance, traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); balance transfers including the use of SUPERCHECKS; disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); and gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Refer to the **Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at** www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for further details.
** Redeem for Purchases allows you to redeem your Wells Fargo Business Rewards online for a statement credit to your eligible Wells Fargo business credit card account. To be eligible for Redeem for Purchases, each transaction must be $1 or more and you must have enough rewards to redeem for the entire amount of the transaction. Statement credits are applied to your outstanding balance and you are still required to make any payment due on your account. Rewards redeemed for purchases will be deducted from your rewards account balance immediately and all rewards redemptions are final. Statement credits will post to your account in 5 - 7 business days. Redeem for Purchases is offered subject to the Wells Fargo Business Rewards Program Terms and Conditions applicable to your card. For additional details visit Wells Fargo: Business Rewards Terms at **wellsfargo.com/bizrewards** and navigate to the Redeem for Purchases section.
*** To qualify for the $500 cash rewards bonus, a total of at least $5,000 in qualifying net purchases (purchases minus returns/credits) must post to your account within 3 months from the date your account is opened. The bonus cash rewards will show as redeemable within 60 days after they are earned. "Purchases" that do not apply to this offer and do not earn cash rewards include: cash advances and cash equivalents of any kind (such as ATM charges, cash advances (including overdraft protection advance), traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Cash advances may affect the credit line available for this offer. Refer to the **Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at** www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for more information about the rewards program.
**** The introductory APR for purchases is 0% for 12 months from account opening. After that, a variable APR of 16.74% to 24.74% based on your creditworthiness and that of your business will apply. The variable APR for cash advances is 29.49%. These APRs will vary with the

market based on the U.S. Prime Rate and are subject to a maximum APR of 29.99%. Minimum interest charge will be no less than $1.00. There is no annual fee. A cash advance fee of either $10 or 5% of the amount of each advance, whichever is greater, applies. A foreign currency conversion/foreign transaction fee of 3% of each transaction applies. A late payment fee of up to $40 will apply. This information about the cost of the credit card account described here is accurate as of 12/31/2025. To find out what may have changed, call 1-833-441-0793. The Signify Business Cash® Card is issued by Wells Fargo Bank, N.A.

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______________
$ ______________
$ ______________
\+ $ ______________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801